AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.

**ANNA SHAULOVA CZERWIEN,**
 a/k/a Anna Czerwein,
 a/k/a Anna Czerwin,
 a/k/a Anna Shaulova,
 a/k/a Aykhali Shaulova,

**ALEKSANDER V. BERMAN,**
 a/k/a Aleksandr Berman,
 a/k/a Vladimir Berman,
 a/k/a Alex Berman,

**and JUSTIN ERIC KING**

**SEALED
CRIMINAL COMPLAINT**

CASE NUMBER: 3:07m173

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 1, 2003, through August 17, 2007, in Okaloosa, Walton, Leon, and Bay Counties, in the Northern District of Florida, the defendants did knowingly conspire to encourage illegal entry and residence in the United States, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (a)(1)(A)(v)(I), and did knowingly conspiracy to commit visa fraud, in violation of Title 18, United States Code, Sections 371 and 1546(a). I further state that I am a Special Agent with the Diplomatic Security Service of the United States Department of State, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

FILED August 17, 2007
(Date)
NORTHERN DISTRICT OF FLORIDA
MAGISTRATE JUDGE

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
Clyde Parsons, SA DSS

Sworn to before me and subscribed in my presence,

August 17, 2007                                    at        Pensacola, Florida            .

_____
ELIZABETH M. TIMOTHY
U.S. Magistrate Judge

**The affidavit in support of this complaint is sealed pending further order of this Court, except a copy of the affidavit may be provided to the named defendant.**

_____
Signature of Judicial Officer
ELIZABETH M. TIMOTHY
U.S. Magistrate Judge