IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                           Case No. 3:07mj173

JUSTIN ERIC KING

## INITIAL APPEARANCE

The defendant appeared before the undersigned with _____ without ✓ counsel. I have this date advised the defendant of the rights enumerated herein and have taken the following action:

1. Advised that he/she is before a U.S. Magistrate Judge ✓

2. Advised of the charge or charges ✓

3. Advised that he/she does not have to make any statement; that defendant has a right to consult with an attorney before making any statement; that any statement made could be used against defendant; that defendant will not be called upon to enter a plea at this hearing ✓

4. Advised of right to hire counsel, or have counsel appointed if found to be financially unable to hire counsel ✓

5. Defendant waived attendance of counsel for this hearing and advised waiver does not prevent requesting counsel for trial _____

6. Defendant executed CJA 23 ✓

7. Federal public defender appointed after determination defendant unable to hire counsel (CJA 20) ✓

8. Advised that defendant should obtain and file CJA 23 if subsequently decides to request appointment of counsel _____

9. Defendant admitted financial ability to employ counsel
Counsel _____ _____

10. Defendant found to be able to make full or partial payment for appointed counsel _____

11. Federal public defender appointed solely for the purpose of appearing at arraignment _____

12. Defendant to report to the U.S. Magistrate Judge in ____ days as to formal and final retention of private counsel _____

13. Since before the court on a complaint, defendant was advised of right to preliminary hearing or probable cause finding on the charge(s) ✓

    (a) Advised of right to waive preliminary hearing _____

    (b) Advised of the consequences of waiver of preliminary hearing _____

    (c) Advised of right to subpoena witnesses and produce evidence at preliminary hearing _____

    (d) Advised of the consequence after preliminary hearing _____

    (e) Fix date and time for preliminary hearing (within 10 days if in custody; within 20 days if on bond) ✓

    (f) Waived preliminary hearing _____

14. Defendant advised of right to reasonable bail ✓

15. Order Setting Conditions of Release entered _____

16. Government moved for detention without bail ✓

    (a) Government represented ready for detention hearing immediately _____

-2-

(b) Government requested continuance of _____
    days (up to and including 3 days)

(c) Defendant advised of right of continuance
    for up to and including 5 days

(d) Detention hearing scheduled for - _August 24, 2017 @ 2:00_ ✓
    and Temporary Detention Order entered

(e) Detention hearing conducted

    1) Order of detention entered

    2) Order Setting Conditions of Release entered

(f) Defendant currently under order of incarceration
    negating necessity of consideration of detention
    on this charge(s) at this time

_____
ELIZABETH M. TIMOTHY
UNITED STATES MAGISTRATE JUDGE


JUDGES
NOTES:_____

AUSA present at initial appearance: _T. Eggers_

AFPD present at initial appearance: _R. Lockhart_

DATE:       August 22, 2007

-3-