**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.  Case No.  **3:07mj173**

**JUSTIN ERIC KING**

_____

**ORDER OF TEMPORARY DETENTION
PENDING HEARING[1] PURSUANT TO
BAIL REFORM ACT**

Upon motion of the Government, it is **ORDERED** that a preliminary hearing and detention hearing is set for **Friday, AUGUST 24, 2007** at 2:00 p.m before United States Magistrate **Judge Elizabeth M. Timothy** in the United States District Court for the Northern District of Florida. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing on the above designated date and time.

Date:   August 22, 2007

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY
UNITED STATES MAGISTRATE JUDGE**

---

[1] If not held immediately upon Defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the Defendant.  18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the Defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.