IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:07mj173

JUSTIN KING.

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN of the appearance of Spiro T. Kypreos, Esquire, as retained counsel for the defendant in the case above.

I HEREBY CERTIFY that a copy of the foregoing was furnished to Tiffany Eggers, ASA, 21 East Garden Street, Suite 400, Pensacola, FL 32302 by hand delivery this 23rd day of August, 2007.

SPIRO THEODORE KYPREOS
Attorney for Defendant
3 West Garden Street, Suite 367
Pensacola, FL 32502
850-433-2184
Fla. Bar No. 135237

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 AUG 23 PM 3: 13

KG

FILED