## United States District Court
### Northern District of Florida

**UNITED STATES OF AMERICA**

v.

**JUSTIN ERIC KING**

**SEALED**
**WARRANT FOR ARREST**

CASE NUMBER: 3:07 mj 173

TO: The United States Marshall
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUSTIN ERIC KING
                                                        Name
and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Violation Notice   ☐Probation Violation Petition

charging him with conspiracy to encourage illegal entry and residence in the United States, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (a)(1)(A)(v)(I), and with conspiracy to commit visa fraud, in violation of Title 18, United States Code, Sections 371 and 1546(a).

_Elizabeth M. Timothy_
Name of Issuing Officer
Title of Issuing Officer  U.S. Magistrate Judge

_August 17, 2007_            _Pensacola, FL_
Date                                      Location

Bail Fixed at $ _none_ by _E. Timothy_
                                      Name of Judicial Office

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Receive | Name and Title of Arresting | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 8/22/07 | Rogen J. Passero Special Agent | Roger Passero |

(Stamp: OFFICE OF CLERK, U.S. DISTRICT CT., NORTHERN DIST. FLA., PENSACOLA, FLA.  '07 AUG 23 PM 3:42  FILED  KG)