# United States District Court

**Hearing Time: 2:00**

## CRIMINAL MINUTES - GENERAL

**Time Commenced**  2:10 pm                                            Case # 3:07mj173

Time Concluded:  2:   pm                                                Date  8/24/07

        Preliminary Hearing and Detention Hearing


PRESENT: HON. Elizabeth M. Timothy , MAGISTRATE JUDGE          Irma McCain-Coby
                                                                  Deputy Clerk
   Karen King                **Taylor Reporting**            Tiffany Eggers
      USPO                    Court Reporter              Asst. U.S. Attorney
U.S.A. vs.  Aleksander V. Bernam, Justin King
              X present     X  custody      bond      O/R            SS#:        DOB
              **Spiro Kypreos (Justin King)**           X Retained
              **Randall Lockhart(Aleksander Berman**    X   Apptd
                        Present
                  Attorneys for Defendant


**PROCEEDINGS:** Detention Hearing

2:10 pm Robert Carroll (Sworn)
        Government Exhibit 1 (Affidavit to complaint) admitted.
2:35 pm Cross by deft King (Spiro Kypreos)
2:50 pm Redirect
3:00 pm Re-Cross
3:03 pm Cross by deft Berman (Randall Lockhart)
3:25 pm Redirect
3:27 pm Re-Cross
3:33 pm Roger Passero (Sworn)
3:40 pm Cross by deft King (Spiro Kypreos
3:43 pm Cross  by deft Berman (Randall Lockhart
3:45 pm Government moves to incorporate PTS Report as part of record.
3:47 pm Proffer by defense of family members present in courtroom as to both defendant.
3:49 pm Argument by Government
3:55 pm Argument by Defendant King
4:03 pm Argument by government as to detention
4:12 pm Response by deft King
4:17 pm Response by deft Berman
4:25 pm Rebuttal by government
4:28 pm Courts ruling as to defendant Berman.  Defendant ordered detained.
        Defendant King ordered released.
4:45 pm Court adjourned

Case 3:07-cr-00114-LC   Document 22   Filed 08/24/07   Page 2 of 2