IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                                     CASE NUMBER:     3:07mj173

ANNA SHAULOVA CZERWIEN,
  a/k/a Anna Czerwein,
  a/k/a Anna Czerwin,
  a/k/a Anna Shaulova,
  a/k/a Aykhali Shaulova,

ALEKSANDER V. BERMAN,
  a/k/a Aleksandr Berman,
  a/k/a Vladimir Berman,
  a/k/a Alex Berman,

and JUSTIN ERIC KING

_____

## MOTION TO UNSEAL COMPLAINT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to unseal the complaint in this case.

1.      On August 17, 2007, a sealed criminal complaint was signed by United States Magistrate Judge Elizabeth M. Timothy alleging that defendants Anna Czerwien, Aleksander Berman and Justin King did knowingly conspire to encourage illegal entry and residence in the United States, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (a)(1)(A)(v)(I), and did knowingly conspiracy to commit visa fraud, in violation of Title 18, United States Code, Sections 371 and 1546(a).

2. The Government originally requested that the complaint and affidavit filed in support of complaint be sealed to prevent the defendants from learning about the charges before they could be apprehended.

3. On August 22, 2007, Aleksander Berman and Justin King were arrested on said complaint and counsel for those defendants have been provided a copy of the complaint and affidavit in this cause.

4. While attempting to execute the arrest warrant issued for Anna Czerwien, the Government learned that Anna Czerwien had recently undergone surgery and was in a hospital in Atlanta, Georgia. During the week of August 27, 2007, special agents in this case spoke with Anna Czerwien and her family and requested that she turn herself in to the Northern District of Florida's United States Marshals' office Pensacola division on Monday, September 10, 2007.

5. On or about August 29, 2007, Attorney Edward T.M. Garland contacted the United States Attorney's Office for the Northern District of Florida about Anna Czerwien's case. Mr. Garland notified the undersigned that he anticipated representing Anna Czerwien in this case. Mr. Garland also confirmed Anna Czerwien's recent surgery and continuing recovery from the procedure. As Mr. Garland anticipates representing Anna Czerwien in this cause he requested a copy of the complaint and affidavit so he could discuss the case with Anna Czerwien prior to her surrender in the Northern District of Florida on September 10, 2007.

In light of the foregoing, the need for the subject complaint to remain under seal no longer exists, and the Government requests that the complaint be unsealed. However, due to private information policy issues, the Government continues to request that the affidavit filed in support of the complaint remain under seal from public access.

Dated this 31st day of August, 2007.

Respectfully submitted,

GREGORY R. MILLER
UNITED STATES ATTORNEY

TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar Number 0193968
21 East Garden Street, Suite 400
Pensacola, Florida 32502-5675
(850) 444-4000

DONE AND ORDERED this the 31st day of August 2007.

UNITED STATES MAGISTRATE JUDGE

3