# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                          3:07mj173

**ANNA SHAULOVA CZERWIEN**
    a/k/a "Anna Czerwein,"
    a/k/a "Anna Czerwin,"
    a/k/a "Anna Shaulova,"
    a/k/a "Aykhali Shaulova,"
**ALEKSANDER V. BERMAN**
    a/k/a "Aleksandr Berman,"
    a/k/a "Vladimir Berman,"
    a/k/a "Alex Berman,"
**and**
**JUSTIN ERIC KING**

## NOTICE OF RELEASE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the Notice of Lis Pendens recorded on or about August 22, 2007, in the Official Records of Dekalb County, Georgia, is hereby released and cancelled regarding that certain tract or parcel of real property described in Official Records at Book #490, Pages 399-400 of the public records of Dekalb County as follows:

> **ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 204 OF THE 18TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 13, BLOCK B, UNIT 1 (ONE), CLAIRMONT TERRACE SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 26, PAGE 2, DEKALB COUNTY RECORDS. REFERENCE TO SAID PLAT IS HEREBY MADE FOR A COMPLETE DESCRIPTION OF THE PROPERTY HEREIN DESCRIBED. SAID PROPERTY IS IMPROVED**

**PROPERTY KNOWN AS 1977 CLAIRMONT TERRACE, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING PROPERTY IN DEKALB COUNTY, GEORGIA.**

By the filing of this Release of Notice of Lis Pendens, the United States of America releases and disclaims any interest in the above-described real property arising or existing pursuant to the above-captioned criminal forfeiture action. For further information concerning this action, reference may be made to the United States Attorney's Office, Northern District of Florida, 21 East Garden Street, Suite 300, Pensacola, FL 32502-5675.

Respectfully Submitted,

GREGORY R. MILLER
United States Attorney

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant U.S. Attorney
Florida Bar No.0193968
21 East Garden Street, Suite 400
Pensacola, FL 32502-5675
(850) 444-4000