## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

      v.

CASE NO. 3:07cr114LAC

**ALEKSANDER V. BERMAN,**
  **a/k/a "Alex Berman,"**
**JUSTIN ERIC KING,**
**and**
**VYACHESLAVE ADOL'FOVICH FINKEL,**
  **a/k/a "Stan Finkel,"**
  **a/k/a "Slava Finkel"**

## NOTICE OF PENDENCY OF OTHER OR PRIOR SIMILAR ACTIONS

The United States of America, by Gregory R. Miller, United States Attorney for the

Northern District of Florida, hereby notifies this Honorable Court, pursuant to Rule 5.1(F)

of the Local Rules of the United States District Court, Northern District of Florida, of the

existence of prior similar cases which concern issues of law and facts common with

those of the above-captioned case. The cases are United States v. Anna Czerwien, et. al,

Case No. 3:07mj173 and US v. Anna Czerwien, Case No. 3:07cr106/LAC

OFFICE OF CLERK
U.S. DISTRICT OF
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 SEP 13  PM 5: 27

FILED

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar Number 0193968
21 E. Garden Street, Suite 400
Pensacola, Florida  32502-5675
(850) 444-4000

2