IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

SEALED

v.                                        CASE NO. 3:07cr114/LAC

JUSTIN ERIC KING

### REQUEST FOR SUMMONS

Pursuant to Rule 9(a), Federal Rules of Criminal Procedure, the undersigned Assistant U.S. Attorney respectfully requests that a summons be issued in this case, directing defendant **JUSTIN ERIC KING**, to appear for initial appearance/arraignment and subsequent proceedings at  11:00  a.m./~~p.m.~~ on  Sept. 27 , 2007, at the United States Courthouse, One North Palafox Street, Pensacola, Florida.

DATED this 19th day of September, 2007.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

TIFFANY H. EGGERS
Assistant United States Attorney
FL Bar No. 0193968
21 East Garden Street, Suite 400
Pensacola, Florida 32502
Phone: (850) 444-4000

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 SEP 19 AM 9: 28

FILED