IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 3:07cr114/LAC

ALEKSANDER V. BERMAN,
  a/k/a "Alex Berman,"
JUSTIN ERIC KING,
and
VYACHESLAVE ADOL'FOVICH FINKEL,
  a/k/a "Stan Finkel,"
  a/k/a "Slava Finkel"

## MOTION TO UNSEAL INDICTMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to unseal the indictment in this case. The Government originally requested that the indictment be sealed to prevent the defendants from learning about the charges before they could be arrested. The defendants have now been apprehended.



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 SEP 20 AM 11: 40

FILED

In light of the foregoing, the need for the subject indictment to remain under seal no longer exists, and the Government requests that the indictment be unsealed.

Dated this __20th__ day of September, 2007.

Respectfully submitted,

GREGORY R. MILLER
UNITED STATES ATTORNEY

*[signature]* for

TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar Number 0193968
21 East Garden Street, Suite 400
Pensacola, Florida 32502-5675
(850) 444-4000

2