UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                               CASE NO.  3:07cr114/LAC
                                                                       SEALED CASE

ALEKSANDER V. BERMAN and JUSTIN
ERIC KING

**NOTICE**

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| Place: | United States Courthouse<br>One North Palafox Street<br>Pensacola, Florida 32502-5658 |
| Room No: | Courtroom 3-North |
| Date: | September 27, 2007 |
| Time: | 11:00 a.m. |

Type of Proceeding: Arraignment before Magistrate Judge Miles Davis

**NOTE:**
If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.

WILLIAM M. McCOOL, CLERK OF COURT

September 20, 2007                                   /s/Joanne Ahr
DATE                                                        Deputy Clerk: Joanne Ahr

Copies to:
Tiffany Eggers, Esq.
Donald Sheehan, Esq.
Spiro Kypreos, Esq.
U. S. Marshal

Document No.