# UNITED STATES DISTRICT COURT

## CRIMINAL MINUTES - ARRAIGNMENT AND PLEA
TIME: 11:10 - 11:13 am

Case No. __3:07cr114/LAC__          Date __9/27/07__

DOCKET ENTRY:   ARRAIGNMENT

INTERPRETER: NONE

UNITED STATES vs. ALEKSANDER V. BERMAN & JUSTIN E. KING

PRESENT: MILES DAVIS, UNITED STATES MAGISTRATE JUDGE

Deputy Clerk: _____Joanne Ahr_____

Court Reporter: __CD_____

Assistant U.S. Attorney: __TIFFANY EGGERS, ESQ._____

Attorney for Defendant: Donald Sheehan, Esq. and Spiro Kypreos, Esq.

Appointed __X__   Retained __X__

PROCEEDINGS:

__X__   Defendant(s) are/is ARRAIGNED and specifically advised of rights.

_____   Arraignment recorded on tape number _____

__X__   Defendant waives reading of indictment-information.

_____   Indictment-information read.

PLEA:

__X__   Not Guilty Counts ___all_____

_____   Guilty Counts _____

TRIAL DATE: MONDAY, November 5, 2007 AT 9:00 A.M.