IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                3:07cr114

JUSTIN ERIC KING

_____

## DEFENDANT'S WAIVER OF SPEEDY TRIAL

COMES NOW defendant JUSTIN ERIC KING, by and through undersigned counsel, and waives his right to speedy trial in the cause above.

I HEREBY CERTIFY that a copy of the foregoing was furnished to Tiffany Eggers, 21 East Garden Street, Suite 400, Pensacola, Florida 32502 by electronic filing this 22nd day of October, 2007.

/s/ Justin Eric King
JUSTIN ERIC KING

/s/ Spiro T. Kypreos
SPIRO THEODORE KYPREOS
CJA Panel Attorney
Pensacola, FL 32501
850-433-2185
Fla. Bar No. 135237