IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                            3:07cr114

JUSTIN ERIC KING

_____

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW defendant JUSTIN ERIC KING, by and through undersigned counsel, and moves for a continuance and as grounds therefor says:

1. The defendant is charged with conspiracy to commit visa fraud (Count 1), five counts of visa fraud (Counts 7 thru 11), conspiracy to induce aliens to enter and reside in the United States in violation of law (Count 12), and ten counts of mail fraud (Counts 18 thru 27). A criminal forfeiture action is also alleged.

2. The defendant was arraigned on the indictment on September 27, 2007. The defendant has diligently prepared for trial. The defendant resides

1

in Chipley, FL.  On Friday, October 12, 2007, the defendant and counsel reviewed evidence at the Office of U.S. Attorney in Pensacola, FL – spending an entire day reviewing 32 boxes of documents and 11 voluminous notebooks of documents.  Copies of documents requested by the defendant were made available by the government to the defendant on October 17, 2007.

    3.  Counsel was out of the office Monday, October 15, 2007 through October 18, 2007, due to a family emergency, to wit: his mother-in-law had to undergo triple-bypass-heart surgery on October 16, 2007, in Atlanta, GA.  Counsel had to appear in federal court on October 17, 2007, and return to Atlanta.   Counsel picked up the documents on Friday, October 19, 2007.

    4. The Government has agreed to provide the defendant with a hard drive copy of data on the computer he used while employed by Codefendant Aleksander V. Berman's companies.

    5.  Counsel must appear in Gainesville, FL on October 24 and 25 as a witness on behalf of the government in a 2255 proceeding.

    6.  Counsel is a sole practitioner and has approximately 40 to 50 pending criminal cases in state and federal court.

    7.  A continuance is required to permit the defendant and counsel adequate time to review evidence to prepare a defense for trial and to permit

counsel to properly handle the backlog of work that was created by his being out of the office October 15 thru 18, .  A waiver of speedy trial has been filed by the defendant.

**8. I CERTIFY that in accordance with local rules I have contacted the prosecutor on this case, Tiffany H. Eggers, AUSA, who states that the government has no objection to this motion.**

WHEREFORE the defendant prays that the trial in the case above currently scheduled for November 5, 2007, be continued until December 3, 2007.

I HEREBY CERTIFY that a copy of the foregoing was furnished to Tiffany Eggers, 21 East Garden Street, Suite 400, Pensacola, Florida 32502 by electronic filing this 22nd day of October, 2007.

/s/ *Spiro T. Kypreos*
SPIRO THEODORE KYPREOS
CJA Panel Attorney
Pensacola, FL 32501
850-433-2185
Fla. Bar No. 135237