IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                              3:07cr114 /AC

JUSTIN ERIC KING

---

### DEFENDANT'S WAIVER OF SPEEDY TRIAL

COMES NOW defendant JUSTIN ERIC KING, by and through undersigned counsel, and waives his right to speedy trial in the cause above.

I HEREBY CERTIFY that a copy of the foregoing was furnished to Tiffany Eggers, 21 East Garden Street, Suite 400, Pensacola, Florida 32502 by electronic filing this 22nd day of October, 2007.

JUSTIN ERIC KING

SPIRO THEODORE KYPREOS
CJA Panel Attorney
Pensacola, FL 32501
850-433-2185
Fla. Bar No. 135237

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 OCT 23 PM 4: 12

KG

FILED