UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS    CASE NO.  3:07cr114LAC

JUSTIN ERIC KING

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __October 22, 2007__
Motion/Pleadings: UNOPPOSED MOTION FOR CONTINUANCE and WAIVERS OF SPEEDY TRIAL
Filed by __DEFENDANT__ on __10/22/2007__ Doc.# __77 & 78 & 79__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
X___ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)    Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 25th day of October, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b) Trial continued to November 26, 2007.*

s/L.A. Collier

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.