IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO:3:07cr114/LAC

JUSTIN ERIC KING

_____/

### AMENDED ORDER SETTING TRIAL

IT IS ORDERED that section A (1) and G of the Order of this Court entered September 28, 2007 (doc #57), shall be amended as follows:

A. (1)   This case shall be tried DURING THE TRIAL TERM BEGINNING MONDAY, November 26, 2007 @ 9:00 AM in Pensacola, Florida, with jury selection to begin at 9:00 AM on that date for all cases scheduled for trial during that term.

G.   No plea bargaining agreement permitted by this Court will be approved unless the agreement is effected on or before November 16, 2007, with such plea presented to the Court for its action at a rearraignment time to be set **AT THE REQUEST OF THE ATTORNEY** but not later than 9:00 AM on November 21, 2007.

In all other aspects, this Court's original order setting trial remains in full force and effect. **ORDERED** this 25th day of October, 2007.

s/L.A. Collier
LACEY A. COLLIER
Senior United States District Judge