IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                             Case No. 3:07cr114/LAC

**JUSTIN ERIC KING**

_____/

### GOVERNMENT'S PROPOSED JURY INSTRUCTIONS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files proposed jury instructions in the above styled cause. Where a proposed instruction matches that of the Eleventh Circuit Pattern Jury Instructions (2003), Basic Instruction ("BI"), Special Instruction ("SI") or Offense Instruction ("OI") it will be listed followed by the appropriate number.[1]  The proposed jury instructions include:

1.      BI #1, "Introduction."

---

[1] If text is underlined, it is a requested addition to the standard Eleventh Circuit instruction.

2.  BI # 2.1 or 2.2 as applicable, "Duty to Follow Instructions Presumption of Innocence."

3.  BI # 3, "Definition of Reasonable Doubt."

4.  BI # 4.2, "Consideration of the Evidence, Direct and Circumstantial – Argument of Counsel Comments by the Court."

5.  BI # 5, "Credibility of Witnesses."

6.  BI # 6.1 or 6.2 or 6.3 or 6.5, "Impeachment."

7.  SI # 1.2, "Accomplice - Co-Defendant-Plea Agreement" as modified.

The testimony of some witnesses must be considered with more caution than the testimony of other witnesses.

In this case the Government as one <u>or more</u> of its witnesses persons named as co-Defendants in the indictment, with whom the Government has entered into plea agreements providing for the possibility of a lesser sentence than the witnesses would otherwise be exposed to <u>for the offense to which he or she has plead guilty</u>.  Such plea bargaining, as it's called, has been approved as lawful and proper, and is expressly provided for in the rules of this Court.  However, a witness who hopes to gain more favorable treatment <u>in his or her own case</u> may have a reason to make a false statement because he wants to strike a good bargain with the Government. <u>Therefore, in evaluating the credibility of a witness, you should consider the witness' expectation that he or she may receive a reduced sentence because of the witness' cooperation with law enforcement.</u>

<u>The sentencing guidelines, which the Court must consult in determining an appropriate sentence, apply to one or more of the witnesses in this case.  Section 5K1 of the sentencing guidelines and the underlying law provide that upon certification by the Government stating that a defendant awaiting sentencing has provided substantial assistance to law</u>

<u>enforcement in the investigation and prosecution of other crimes or criminals, the Court may, but is not required to, impose a sentence below that suggested by the guidelines, or below the mandatory minimum set by law.</u>

<u>In such instances in federal court, the sentence imposed, and the extent of any reduction in sentence, is solely within the judge's discretion. In many cases the Court in fact reduces the sentence, but the Court is not bound to do so.</u>

So, while a witness of that kind may be entirely truthful when testifying, you should consider that testimony with more caution than the testimony of other witnesses.

And, of course, the fact that a witness has plead guilty to the crime charged in the indictment is not evidence, in and of itself, of the guilty of any other person.

8. SI #4, "Similar Acts Evidence" (Rule 404(b), FRE).

9. OI # 13.6, "General Conspiracy Charge."

10. OI # 13.5, "Pinkerton Instruction."

11. Title 18, United States Code, Section 1546(a) (fourth paragraph) provides:

> Whoever knowingly makes under oath, or as permitted under penalty of perjury under section 1749 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document which contains any such false statement or which fails to contain any reasonable basis in law or fact–

> Shall be fined under this title or imprisoned not more than ... 10 years (in the case of the first or second such offense, if the offense was not committed to facilitate such an act of international terrorism or a drug trafficking crime) or 15 years (in the case of any other offense), or both.

*Government's Proposed Instruction for Counts One (Conspiracy to Commit Visa Fraud) and Seven through Eleven (Visa Fraud). Reference: First Circuit Criminal Instruction 4.15 (18 U.S.C. § 1546(a)); Eleventh Circuit OI 36 (18 U.S.C. § 1001).*

Title 18, United States Code, Section 1546, makes it a Federal crime or offense for anyone to knowingly make under oath or to knowingly present a false statement with respect to a material fact in any document required by the immigration laws.

The defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt:

<u>First</u>: The defendant knowingly (made a statement under oath)(made or presented a statement in a document) as charged;

<u>Second</u>: That the (statement)(document) was false;

<u>Third</u>: That the falsity related to a material matter;

<u>Fourth</u>: That the Defendant acted willfully and with knowledge of the falsity; and

<u>Fifth</u>: That the (false statement)(document) was made or used in a form required by the immigration laws and regulations, that is, a Form ETA-750 and its attachments and/or a Form I-129 and its attachments.

A (statement)(document) is "false" if it is untrue when made.

A false statement is made "knowingly" if the defendant knew that it was false or demonstrated a reckless disregard for the truth with a conscious purpose to avoid learning the truth.

A "Form ETA-750" and its attachments and a "Form I-129" and its attachments are applications, affidavits, or other documents required by the immigration laws and regulations.

The (making of a false statement)(use of a false document) is not an offense unless the falsity relates to a "material" fact.  A misrepresentation is "material" if it has a natural tendency to affect or influence, or is capable of affecting or influencing, the decision of the decision maker to which it is addressed.  The test is whether the false statement has the capacity to impair or pervert the functioning of the decision maker.  In other words, a misrepresentation is "material" if it relates to an important fact as distinguished from some unimportant or trivial detail.

12.     OI # 13.1, "General Conspiracy Charge."

13.     Title 18, United States Code, Sections 1324(a)(1)(A)(iv), (a)(1)(A)(v)(I) and (a)(1)(B)(i) in pertinent part provides:
(a) Criminal penalties
        (1)(A) Any person who–
            ...
            (iv) encourages or induces an alien to come to enter, or reside in the United States, knowing or in reckless disregard of the fact that such comint to, entry, or residence is or will be in violation of law; or
            (v)(I) engages in any conspiracy to commit any of the preceding acts, or
            (II) aids or abets the commission of any of the preceding acts, shall be punished as provide in subparagraph (B).

5

*Government's Proposed Instruction for Count Twelve (Alien Smuggling).*
*Reference: Ninth Circuit Criminal Instruction 9.4.*

Title 8, United States Code, Section 1324, makes it a Federal crime or offense for anyone to knowingly encourage or induce an alien to come to, enter or reside in the United States, knowing or in reckless disregard that such coming to, entry and residence was or would be in violation of law.

The defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt:

<u>First:</u>   That (alien) was an alien;

<u>Second</u>:   That the defendant encouraged or induced (alien) to come to, enter, or reside in the United States in violation of law;

<u>Third</u>:   That the defendant either knew or acted in reckless disregard of the fact that such coming to, entry or residence was or would be in violation of law.

An alien is any person who is not a natural-born or naturalized citizen, or a native of the United States.[2]

To act with "reckless disregard" means to be aware of, but consciously and carelessly ignore, facts and circumstances clearly indicating that the alien's coming to, entry into or residence in the United States would be in violation of law.[3]

Due to the enhanced penalty provisions provided for in Title 8, United States Code, § 1324(a)(1)(B)(i), the Government recommends a

---

[2] *See,* OI # 83.1.

[3] *See* OI # 83.2 and # 83.3.

6

special verdict form to satisfy any *Apprendi* issues. Title 8, United States Code, 1324(a)(1)(B)(i) provides:

>(B) A person who violates subparagraph (A) shall, for each alien in respect to whom such a violation occurs–
>
>>(i) in the case of a violation of subparagraph (A)(i) or (v)(I) or in the case of a violation of subparagraph (A)(ii), (iii) or (iv) in which the offense was done for the purpose of commercial advantage or private financial gain, be fined under Title 18, imprisoned not more than 10 years, or both;
>
>>(ii) in the case of a violation of subparagraph (A)(ii),(iii),(iv) or (v)(II), be fined under Title 18, imprisoned not more than 5 years, or both.

*Government's Proposed Special Verdict Form Question:*

>Do you unanimously find that the offense was committed for the purpose of commercial advantage or private financial gain? (Yes) (No).

13. SI # 7, "Aiding and Abetting (Agency)."
14. SI # 11, "Attempt(s)."
15. BI # 9.1, "On or About Knowingly Willfully."
16. BI # 10.2, "Caution Punishment" (Single Defendant - Multiple Counts).
17. BI # 11, "Duty to Deliberate."
18. BI # 12, "Verdict."

WHEREFORE, the Government requests that the Court consider the above in its decision to instruct the jury.

RESPECTFULLY SUBMITTED this 26th day of November, 2007.

> GREGORY R. MILLER
> United States Attorney
>
> /s/ *Tiffany H. Eggers*
> TIFFANY H. Eggers
> Assistant U.S. Attorney
> Florida Bar No. 0193968
> 21 East Garden Street
> Pensacola, Florida 32502
> (850) 444-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing Government's Proposed Jury Instructions has been furnished by the Northern District of Florida Case Management/Electronic Case Filing (CM/ECF) system this 26th day of November, 2007 to Spiro T. Kypreos, counsel of record for defendant.

> /s/ *Tiffany H. Eggers*
> TIFFANY H. EGGERS
> Assistant U. S. Attorney