IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                            3:07cr114/LAC

JUSTIN ERIC KING

_____

### DEFENDANT'S PROPOSED JURY INSTRUCTIONS

**COMES NOW** defendant, JUSTIN ERIC KING, by and through her court-appointed counsel, and pursuant to the pretrial order entered in the case above proposes that the following jury instructions for trial of this cause:

1, **Basic Instructions:** 1; 2.1 or 2.2; 3; 4.2; 5; 6.2; 7; 8; 9.1; 10.2; 11 and 12;

2. **Special Instructions:** 1.1; 1.2; 2.1; 4 (if Rule 404(b) evidence admitted), 5.

3. **Offense Instructions:** 13.1, 50.1. and proposed instructions submitted separately herewith.

FILED IN OPEN COURT THIS
11/26/07
CLERK, U. S. DISTRICT
COURT, NORTH DIST. FLA.

1

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Tiffany Eggers, AUSA, 21 East Garden Street, Suite 400, Pensacola, FL 32502-5676 by hand delivery this 26th day of November, 2007.

SPIRO THEODORE KYPREOS
CJA Panel Attorney
3 West Garden Street, Suite 367
Pensacola, FL 32502
850-433-2185
Fla. Bar No. 135237