UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISON

UNITED STATES OF AMERICA

v.                                                         CASE NO. 3:07cr114/LAC

JUSTIN ERIC KING

---

**DEFENDANT'S PROPOSED JURY INSTRUCTION**
**False Visa Application**
**18 USC s. 1546(a)**
**(Fourth Paragraph)**

Title 18, United States Code, Section 1546, makes it a Federal crime or offense for anyone to knowingly make under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, and knowingly subscribe as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder.

The Defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt:

FILED IN OPEN COURT THIS
11/26/07
CLERK, U. S. DISTRICT
COURT, NORTH DIST. FLA.

1

**First:** The defendant subscribed as true a statement with respect to a material fact in an ETA-750 Application required by the immigration laws or regulations prescribed thereunder with the knowledge that the statement was false.

**Second:** The statement was knowingly made by the Defendant under oath, or as permitted under penalty of perjury under Section 1746, United States Code.

**NOTE:** There is no Eleventh Circuit Pattern Instruction for this offense.

I HEREBY CERTIFY that a copy of the foregoing was furnished to Tiffany H. Eggers, AUSA, 21 East Garden Street, Suite 400, Pensacola, FL 32502 by hand delivery this 26th day of November, 2007.

_____
SPIRO THEODORE KYPREOS
Attorney for Defendant
3 West Garden Street, Suite 367
Pensacola, FL 32502
Fla. Bar No. 135237