UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISON

UNITED STATES OF AMERICA

v.  CASE NO. 3:07cr14/LAC

JUSTIN ERIC KING

### DEFENDANT'S PROPOSED JURY INSTRUCTION
### Encouraging Illegal Entry
### 8 USC s. 1324(a)(1)(A)(iv)

Title 8, United States Code, Section 1324(a)(1)(A)(iv) makes it a Federal crime or offense for anyone to knowingly encourage or induce aliens to enter and reside in the United States in violation of law.

The Defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt:

**First:** That the Defendant encouraged or induced an alien to enter the United States in violation of law; and,

**Second:** The Defendant did so either with the knowledge or in reckless disregard of the fact that the alien's entry into and residing into the United States would be in violation of law.

To act with "reckless disregard" means to be aware of, but consciously and carelessly ignore, facts and circumstances clearly indicating

FILED IN OPEN COURT THIS
11/26/07
CLERK, U. S. DISTRICT
COURT, NORTH DIST. FLA.

1

that the person transported was an alien who had entered or remained in the United States in violation of law.

An alien is any person who is not a natural-born or naturalized citizen, or a national of the United States. The term "national of the United States" includes not only a citizen, but also a person who, though not a citizen of the United States, owes permanent allegiance to the United States.

**NOTE:** There is no Eleventh Circuit Pattern Instruction for this offense. The Ninth Circuit Pattern Instruction for this offense and the Eleventh Circuit Pattern Instruction No. 83.2 were used as sources for this proposed jury instruction.

I HEREBY CERTIFY that a copy of the foregoing was furnished to Tiffany H. Eggers, AUSA, 21 East Garden Street, Suite 400, Pensacola, FL 32502 by hand delivery this 26th day of November, 2007.

SPIRO THEODORE KYPREOS
Attorney for Defendant
3 West Garden Street, Suite 367
Pensacola, FL 32502
Fla. Bar No. 135237