## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                               Case No. 3:07cr114/LAC

**JUSTIN ERIC KING**

_____/

## NOTICE OF APPEARANCE

COMES NOW the United States of America, and advises that henceforth it will also be represented in this case by Trial Attorney Arlene Reidy. Pleadings and correspondence may be directed to the undersigned's attention at: U.S. Department of Justice, Domestic Security Division, 950 Pennsylvania Avenue NW, Washington, DC 20530.

    Respectfully submitted,

    /s/ Arlene Reidy
    ARLENE REIDY
    Trial Attorney
    Washington, DC  Bar No. 424130
    U.S. Dept. of Justice
    Domestic Security Division
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    Phone: (202) 514-6413
    Fax:   (202) 616-5748

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been furnished by either first class mail or electronic mail to Spiro Kypreos, Esquire, 3 W. Garden Street, Suite 367 Pensacola, FL 32501, on this 28th day of November, 2007.

/s/ Arlene Reidy
ARLENE REIDY
Trial Attorney