UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISON

UNITED STATES OF AMERICA

v.   CASE NO. 3:07cr114/LAC

JUSTIN ERIC KING

**DEFENDANT'S REQUEST FOR
SPECIAL JURY INSTRUCTION**

.   COMES NOW defendant ERIC JUSTIN KING, by and through undersigned counsel, and requests that the Court instruct the jury on Special Instruction 2.1, Eleventh Circuit Pattern Jury Instructions.

I HEREBY CERTIFY that a copy of the foregoing was furnished to Tiffany H. Eggers, AUSA, 21 East Garden Street, Suite 400, Pensacola, FL 32502 by electronic filing this 29th day of November, 2007.

/s/ Spiro T. Kypreos
SPIRO THEODORE KYPREOS
Attorney for Defendant
3 West Garden Street, Suite 367
Pensacola, FL 32502
Fla. Bar No. 135237