```
            UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF FLORIDA
                   PENSACOLA DIVISION
```

UNITED STATES OF AMERICA

V                                              Case No: 3:07cr114LAC

JUSTIN ERIC KING

_____/

### ORDER FOR JURY MEALS AND LODGING

**IT IS ORDERED** that the United States Marshal shall furnish, at the expense of the United States of America, such meals and lodging as necessary for the comfort and convenience of the jury during its deliberations.

**IT IS FURTHER ORDERED** that the United States Marshal shall provide the Clerk of Court with a properly certified invoice indicating the number of jurors served, which meal or meals were served, style of case, and the date meals were provided, and the Clerk shall promptly pay the invoice in accordance with the Jury Fee Regulations.

**DONE and ORDERED** this 5th day of December, 2007

*s/L.A. Collier*
**LACEY A. COLLIER**
**Senior United States District Judge**