# *United States District Court*

Criminal Minutes - Trial

Case No. ___3:07cr114LAC_____          Date __12/03/2007_____

DOCKET ENTRY:  Jury Trial minutes. Jury selection held 11/26/2007 with trial held 11/26, 11/27, 11/28, 11/29, 11/30 and 12/3/07. Verdict returned on 12/3/07 (see separate verdict form).

Attached: daily minutes, govt witness list, govt and deft exhibit list.  All govt exhibits (3 large boxes of documents, photos, etc.) placed in secured storage room)   Names of jurors selected and Jury challenge list filed separately (Doc # 102 under seal - per Privacy Policy.

PRESENT:      HON. ____LACEY A. COLLIER_____ _____, JUDGE

__Mary Maloy_____                    ____Gwen Kesinger___                 ___ Tiffany Eggers / Arlene Reidy__
    Deputy Clerk                              Court Reporter                           Asst. U.S. Attorney

**U.S.A. v. (DEFENDANTS LISTED BELOW)**                    **ATTORNEY FOR DEFENDANT**
1) Justin Eric King                                          (1)  Spiro Kypreos

_____ Case called and continued to _____ _____for trial.

_____ COURT TRIAL.

__X___ JURY TRIAL. The Jury impaneled and sworn. Jury list is docketed separately and under seal per privacy policy.

SEE SEPARATE LIST FOR WITNESSES AND EXHIBITS.
_____ Case continued to _____ _____ _____ for further trial.
_____ Motion for judgement of acquittal _____ granted _____ denied _____ submitted.
__X___ Jury retires to deliberate at __11:20am on 12/3/07__ ; Jury returns at__ 3:00pm on 12/3/07_____ .
_____ Ordered Jury be taken to _____ ; _____ Be lodged for night.
_____ FINDING BY COURT. ___X_____ JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT.

__X___ Jury polled as a group.            _____ Polling waived.            _____ Mistrial declared.
_____ Continued to _____ for _____ setting _____ trial _____further trial.
__X___ Referred to Probation Officer for I/R and continued to _Tuesday, February 12, 2008 @ 9:30am__ for sentencing.
__X___ Ordered defendant_____ __X___ be taken into custody _____ remain on present bond.
_____ Probation report waived as to defendant _____ .

FILED IN OPEN COURT THIS
    12/3/07
    CLERK
COURT, _____ DIST. FL.

**11/26/07       Court Reporter Gwen Kesinger**

| | |
|---|---|
| 09:45am | Court in session with jury panel in |
| | Jury selection begins |
| 10:43am | Jury panel excused from courtroom (until 11:10am) |
| 11:10am | Court in session without jury panel |
| | Govt informs Court that Juror #16 notified a CSO that she realized her employer had contact with the Eurohouse Company |
| | Deft request that the CSO inform the Court of the convesration |
| | CSO informs Court of the conversation |
| 11:12am | Jury Selection begins |
| | Jury selected |
| 11:27am | Jury panel in |
| | Court announces selected jurors |
| 11:31am | Selected jurors excused to jury room; instructed to return at 1:00pm to begin trial |
| 11:34am | Court thanks remaining panel and excuses from further service |
| 11:35am | Deft's Motion in Limine reviewed |
| 11:39am | Court in recess (until 1:00pm) |
| 01:07pm | Court in session without jury |
| | Deft request that jurors be allowed notepads during trial |
| | Court denies deft's request for notepads |
| 01:10pm | Jury in |
| | Jury sworn by clerk |
| | Court instructs jurors re trial procedures |
| 01:25pm | Govt opening statement (by AUSA Arlene Reidy) |
| 01:35pm | Deft opening statement |
| 01:53pm | Govt witness Elizabeth Knight sworn - Direct |
| 02:33pm | Deft Cross of witness Elizabeth Knight |
| 02:48pm | Court in recess with jury out (until 3:10pm) |
| 03:11pm | Court in session without jury |
| | Govt moves to dismiss counts of the indictment and will proceed only with seven counts |
| 03:15pm | Jury in |
| | Deft continued Cross of witness Elizabeth Knight |
| 03:30pm | Govt Redirect of witness Elizabeth Knight |
| 03:40pm | Govt witness Isabel Jean-Pierre sworn - Direct |
| 04:10pm | Deft Cross of witness Isabel Jean-Pierre |
| 04:32pm | Govt Redirect of witness Isabel Jean-Pierre |
| 04:45pm | Court instructs jurors to report tomorrow at 8:30am and that trial will recess at 3:30pm |
| 04:46pm | Jury excused from courtroom |
| | Court in evening recess |

**11/27/07       Court Reporter Gwen Kesinger**

| | |
|---|---|
| 08:30am | Court in session without jury |
| | To correct the record, Govt moves to dismiss Counts 18 - 27 (incorrectly identified on 11/26 when moved for dismissal) |
| | Court grants motion to dismiss |
| 08:33am | Jury in |
| | Govt witness Paula Collins sworn - Direct |
| 08:43am | Deft Cross of witness Paula Collins |
| 08:47am | Govt Redirect of witness Paula Collins |
| 08:49am | Deft Recross of witness Paula Collins |
| 08:50am | Govt witness Dennis Janda sworn - Direct |
| 10:00am | Deft Cross of witness Dennis Janda |
| 10:11am | Govt Redirect of witness Dennis Janda |
| 10:13am | Court in recess with jury out (until 10:40am) |
| 10:40am | Court in session with jury in |
| | Govt witness Ellen Bragg sworn - Direct |
| 10:58am | Deft Cross of witness Ellen Bragg |
| 11:02am | Govt Redirect of witness Ellen Bragg |
| 11:03am | Govt witness William Treon sworn - Direct (by AUSA Reidy) |
| 11:11am | Deft Cross of witness William Treon |
| 11:14am | Govt Redirect of witness William Treon |
| 11:15am | Govt witness David Levy sworn - Direct |
| 11:25am | Govt witness Linda Valentine sworn - Direct |
| 11:36am | Deft Cross of witness Linda Valentine |
| 11:40am | Govt Redirect of witness Linda Valentine |
| 11:40am | Deft Recross of witness Linda Valentine |
| 11:41am | Govt witness Gary Johnson sworn - Direct |
| 11:45am | Govt witness Christine Wuellner sworn - Direct (by AUSA Reidy) |
| 11:59am | Deft Cross of witness Christine Wuellner |
| 12:02pm | Govt Redirect of witness Christine Wuellner |
| 12:03pm | Govt witness Ingrid Eaton sworn - Direct (by AUSA Reidy) |
| 12:06pm | Govt witness Anna Czerwien sworn - Direct) |
| 12:30pm | Court in recess with jury out (until 1:30pm) |
| 01:31pm | Court in session with jury in |
| | Continued Direct of witness Anna Czerwien |

**USA V JUSTIN ERIC KING**     **3:07cr114LAC**     **Jury Trial held 11/26/2007 through 12/03/2007**

## 11/27/07     Court Reporter Gwen Kesinger

| | |
|---|---|
| 02:13pm | Deft Cross of witness Anna Czerwien |
| 03:30pm | Jury out (until 8:30am tomorrow) |
| | Trial schedule reviewed |
| 03:35pm | Court in evening recess |

## 11/28/07     Court Reporter Gwen Kesinger

| | |
|---|---|
| 08:30am | Court in session without jury |
| | Court advises parties that trial will be in recess from 11:00am until 1:15pm and that deft's motion in limine will be heard at 8:00am tomorrow |
| 08:32am | Jury in |
| | Continued Cross of witness Anna Czerwien |
| 08:43am | Govt Redirect of witness Anna Czerwien |
| 09:10am | Deft Recross of witness Anna Czerwien |
| 09:11am | Govt witness Willie Johnson sworn - Direct |
| 09:26am | Govt witness Arthur Greene sworn - Direct (by AUSA Reidy) |
| 09:32am | Govt witness Donna Burdick sworn - Direct |
| 09:46am | Deft Cross of witness Donna Burdick |
| 09:49am | Govt Redirect of witness Donna Burdick |
| 09:50am | Govt witness Jeffrey Stanford sworn - Direct |
| 09:56am | Deft Cross of witness Jeffrey Stanford |
| 09:57am | Govt witness Andrew Houtz sworn - Direct |
| 10:08am | Govt witness Kristina MacKenzie sworn - Direct (by AUSA Reidy) |
| 10:30am | Jury out (until 1:15pm) |
| | Deft argues their Motion in Limine (Doc #91) |
| 10:37am | Govt responds to deft's Motion in Limine |
| 10:43am | Deft rebuttal to govt response |
| 10:46am | Court questions parties as to contents in the Steven Murphy letter |
| 10:47am | Govt responds |
| 10:54am | Deft responds |
| 10:55am | Court finds there is a probative value as to the letter and meets the test for 404 evidence; Court denies Deft's motion in limine |
| 10:57am | Deft questions Govt re any further issues as to references for an employer |
| 10:58am | Court in recess (until 1:15pm) |
| 01:20pm | Court in session with jury in |
| | Govt continued Direct of witness Kristina MacKenzie (by AUSA Reidy) |
| 01:23pm | Deft Cross of witness Kristina MacKenzie |
| 01:24pm | Govt witness Amy Kay sworn - Direct (by AUSA Reidy) |
| 01:34pm | Govt witness Mike Chouri sworn - Direct (by AUSA Reidy) |
| 01:50pm | Deft Cross of witness Mike Chouri |
| 01:52pm | Govt Redirect of witness Mick Chouri (by AUSA Reidy) |
| 01:53pm | Govt witness David Sheets sworn - Direct |
| 02:05pm | Govt witness Steven Murphy sworn - Direct |
| 02:18pm | Deft Cross of witness Steven Murphy |
| 02:25pm | Govt witness Donna Burdick recalled - Direct |
| 02:26pm | Deft Cross of witness Donna Burdick |
| 02:27pm | Govt witness Paul Scott sworn - Direct |
| 02:40pm | Deft Cross of witness Paul Scott |
| 02:45pm | Govt Redirect of witness Paul Scott |
| 02:46pm | Govt witness Christina Griffith sworn - Direct |
| 02:55pm | Govt witness Elizabeth Ross sworn - Direct |
| 02:56pm | Govt witness Gary Gasper sworn - Direct |
| 03:04pm | Deft Cross of witness Gary Gasper |
| 03:06pm | Govt witness Alexsander Berman sworn - Direct |
| 03:18pm | Jury out (until 8:30am tomorrow) |
| | Trial schedule reviewed |
| 03:23pm | Court in evening recess |

## 11/29/07     Court Reporter Gwen Kesinger

| | |
|---|---|
| 08:30am | Court in session with jury out |
| | Govt announces Deft has agreed to stipulate to the admission of Govt exhibits #41, #54, #55 & #182; Deft agrees |
| 08:33am | Jury in |
| | Govt continued Direct of witness Alexsander Berman |
| 09:30am | Deft Cross of witness Alexsander Berman |
| 10:13am | Court in recess with jury out (until 10:35am) |
| 10:38am | Court in session with jury in |
| | Deft continued Cross of witness Alexsander Berman |
| 11:14am | Govt Redirect of witness Alexsander Berman |
| 11:32am | Govt witness John Hebert sworn - Direct |
| | Govt announces that Deft has stipulated to the admission of Govt Exhibits #67A, #67B, #67C, #67D & #68 |
| 12:07pm | Govt witness Richard Strickland sworn - Direct |

**USA V JUSTIN ERIC KING   3:07cr114LAC   Jury Trial held 11/26/2007 through 12/03/2007**

| 11/29/07 | **Court Reporter Gwen Kesinger** |
|---|---|
| 12:20pm | Deft Cross of witness Richard Strickland |
| 12:21pm | Govt Redirect of witness Richard Strickland |
| 12:22pm | Court in recess with jury out (until 1:30pm) |
|  | Trials schedule reviewed |
| 12:28pm | Court in recess (until 1:30pm) |
| 01:30pm | Court in session with jury in |
|  | Govt witness David Costa sworn - Direct |
| 01:37pm | Govt witness Faye Dias sworn - Direct |
| 01:42pm | Deft Cross of witness Faye Dias |
| 01:43pm | Govt witness Iva Ilieva sworn - Direct |
| 01:56pm | Deft Cross of witness Iva Ilieva |
| 01:58pm | Govt Redirect of witness Iva Ilieva |
| 01:59pm | Govt witness Gus Luna sworn - Direct (by AUSA Reidy) |
| 02:15pm | Deft Cross of witness Gus Luna |
| 02:16pm | Govt Redirect of witness Gus Luna |
| 02:17pm | Govt witness Geza Polony swprn - Direct (by AUSA Reidy) |
| 02:36pm | Deft Cross of witness Geza Polony |
| 02:40pm | Govt Redirect of witness Geza Polony |
| 02:41pm | Govt witness Mariyana Hristova Dicheva sworn - Direct |
| 02:59pm | Deft Cross of witness Mariyana Hristova Dicheva |
| 03:04pm | Govt Redirect of witness Mariyana Hristova Dicheva |
| 03:05pm | Govt witness Tiffany Klein sworn - Direct (by AUSA Reidy) |
| 03:10pm | Deft Cross of witness Tiffany Klein |
| 03:12pm | Govt witness John Brian McKechan sworn - Direct (by AUSA Reidy) |
| 03:28pm | Deft Cross of witness John Brian McKechan |
| 03:29pm | Govt Redirect of witness John Brian McKechan |
| 03:30pm | Court in recess with jury out (until 8:30am) |
|  | Court instructs parties that jury instructions will be reviewed tomorrow at 8:00am |
|  | Trial schedule reviewed |
| 03:32pm | Court in evening recess (until 8:00am) |

| 11/30/07 | **Court Reporter Gwen Kesinger** |
|---|---|
| 08:00am | Court in session without jury |
|  | Proposed jury instructions reviewed |
|  | Court questions deft re his rights to testify |
| 08:20am | Court in recess (until 8:30am) |
| 08:30am | Court in session with jury |
|  | Govt witness Tanya Vardazhieva sworn - Direct |
| 08:56am | Govt witness Petar Petrov sworn - Direct (by AUSA Reidy) |
| 09:05am | Govt witness Sergey Todorov sworn - Direct (by AUSA Reidy) |
| 09:10am | Govt witness Vyacheslave Finkel (aka Stan) sworn - Direct |
| 09:45am | Deft Cross of witness Vyacheslave Finkel |
| 10:18am | Court in recess with Jury out (until10:40am) |
| 10:40am | Court in session with jury in |
|  | Deft continued Cross of witness Vyacheslave Finkel |
| 11:07am | Govt Redirect of witness Vyacheslave Finkel |
| 11:18am | Govt witness Robert Carroll sworn - Direct |
| 11:55am | Deft Cross of witness Robert Carroll |
| 12:25pm | Court in recess with jury out (until 1:30pm) |
|  | Trial schedule reviewed |
| 12:30pm | Court in recess (until 1:30pm) |
| 01:30pm | Court in session with jury in |
|  | Govt witness Jeffrey Lee sworn - Direct |
| 02:15pm | Govt witness Clyde Parsons sworn - Direct |
| 02:25pm | Govt witness Roger Passero - Direct |
| 03:10pm | Deft Cross of witness Roger Passero |
| 03:15pm | Govt Redirect of witness Roger Passero |
| 03:16pm | Govt announces REST |
|  | Court in recess with jury out (until 3:40pm) |
|  | Deft moves for Judgment of Acquittal as to Count 12 |
| 03:18pm | Court denies deft's motion |
| 03:19pm | Court in recess (until 3:40pm) |
| 03:43pm | Court in session without jury |
|  | Govt announces that Exh#114 (book) has been replaced with copy of the cover and pages 7 and 93. |
|  | Deft announces he will not testify |
|  | Court questions Deft re his rights to testify |
| 03:45pm | Court questions parties re amount of time allowed for closing arguments |
|  | Court questions parties re trial schedule - whether to stay and complete the case tonight or return on Monday to begin closing arguments |
|  | Clerk excused to jury room to question the jurors re their preference for the trial schedule |
| 03:52pm | Clerk returns to courtroom |
|  | Court announces that the jury prefers to return on Monday to begin closing arguments and complete the trial. |
| 03:53pm | Jury in |
|  | Deft announces REST |

**USA V JUSTIN ERIC KING     3:07cr114LAC     Jury Trial held 11/26/2007 through 12/03/2007**

**11/30/07          Court Reporter Gwen Kesinger**

| | |
|---|---|
| 03:54pm | Court questions jurors re their decision to be excused and return on Monday to complete the trial |
| 03:55pm | Court excuses jurors with instructions to return on Monday, Dec. 3rd at 8:30am |
| | Proposed jury instructions reviewed |
| 04:00pm | Court in evening recess (until 8:30am) |

**12/1/07           Court Reporter Gwen Kesinger**

| | |
|---|---|
| 08:32am | Court in session without jury |
| | Deft informs the Court that he has learned that a juror attended a party during the weekend which was also attended by AUSA Randall Hensel |
| 08:34am | AUSA Hensel is present and is requested to speak about the situation |
| 08:35am | AUSA Eggers responds |
| 08:36am | Court instructs AUSA Hensel to remain in courtroom and determine/identify which juror he spoke to at the party |
| 08:37am | Both parties request to use the evidence presentation equipment during closing arguments |
| | Court informs parties they will allowed one hour each for closing arguments |
| 08:39am | Jury in |
| | Court instructs jurors re closing arguments |
| 08:47am | Govt closing argument |
| | Govt submits Govt Exh #GC1 (copy of PowerPoint presentation used during closing; copy was provided to deft); Exhibit not included with exhibits submitted to the jury for deliberation. |
| 09:19am | Deft closing argument |
| 10:15am | Govt rebuttal argument |
| 10:33am | Court in recess with jury out (until 10:50am) |
| 10:50am | Court in session with jury in |
| | Court publishes jury instructions |
| 11:20am | Court announces alternate jurors |
| | Court excuses jury to begin deliberation |
| | Court thanks alternate jurors and excuses from further service |
| 11:25am | Court in recess while jury deliberates |
| 02:30pm | Court in recess without jury |
| | Court publishes Juror Communication #1 |
| | Partes agree as to response to be given |
| | Court prepares response |
| | Clerk delivers the juror communication to the jury |
| 02:35pm | Parties argue as to a proposed criminal forfeiture judgment |
| 02:43pm | Court request that parties attempt to agree on forfeiture matter during a recess |
| 02:45pm | Court in recess (until 3:00pm) |
| 03:00pm | Court in session without jury |
| | Parties agree to waive having the jury consider the forfeiture matter |
| | Court questions the deft if he waives his right to a jury to consider the forfeiture |
| | Deft agrees to have the Court and not the jury determine the forfeiture |
| 03:03pm | Court announces that the jury has reached a verdict |
| 03:04pm | Jury in |
| 03:05pm | Clerk publishes verdict : Deft Guilty as to Counts One, Seven, Eight, Nine, Ten, Eleven and Twelve (see separate verdict form) |
| 03:07pm | Court polls the jury as a whole |
| | Deft scheduled for sentencing on Tuesday, February 12, 2008 at 9:30am |
| | Deft is remanded to custody of U. S. Marshal |
| | Court thanks jury and excuses to jury room |
| 03:10pm | Jury out |
| 03:15pm | Court adjourned |

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No. 3:07cr114/LAC

JUSTIN ERIC KING

GOVERNMENT'S TRIAL EXHIBIT LIST

| NO. | EXHIBIT | WITNESS | ID | ADMITTED |
|-----|---------|---------|-----|----------|
| 1A | Application for Ramada Inn, 8 aliens, 12/11/03, FL # 44026, ETA# T2004-FL-0441240S, Job Order # FL2471299 (Ct. 2) | Knight/Jean-Pierre/ Czerwien | | |
| 1B | Petition for Ramada Inn, 8 aliens, 12/11/03, SRC-04-105-50028 (Ct.2) | Janda/Czerwien | | |
| 2A | Application for Hilton Sandestin, 88 aliens, 12/11/03, FL # 2471056, ETA# T2004-FL-0441240A, Job Order # FL2471056 (Ct. 3) | Knight/Jean-Pierre/ Czerwien | | |
| 2B | Petition for Hilton Sandestin, 88 aliens, 12/11/03, SRC-04-105-51263 (Ct. 3) | Janda/Czerwien | | |

| | | ID | Admit |
|---|---|---|---|
| 3 | Petition, 26 aliens, 3/3/04, SRC-04-108-50296 | Janda/Czerwien | | |
| 4A | Application for Hilton Sandestin, 32 aliens, 12/11/03, FL # 44023, ETA# T2004-FL-0441923, Job Order # FL2471006 (Ct. 4) | Knight/Jean-Pierre/ Czerwien | | |
| 4B | Petition for Hilton Sandestin, 32 aliens, 12/11/03, SRC-04-099-52759 (Ct. 4) | Janda/Czerwien | | |
| 5A | Application for Embassy Suites, 95 aliens, 10/14/04, FL # 50115, ETA# T2004-FL-0442I231, Job Order # FL2574587 (Ct. 5) | Knight/Jean-Pierre/ Czerwien | | |
| 5B | Petition for Embassy Suites, 95 aliens, 10/14/04, SRC-05-170-52712 (Ct. 5) | Janda/Czerwien | | |
| 6A | Application for Bay Point Marriott, 110 aliens, 10/14/04, FL # 50113, ETA# T2004-FL-04421230, Job Order # FL2576856 (Ct. 6) | Knight/Jean-Pierre/ Czerwien | | |
| 6B | Petition for Bay Point Marriott, 110 aliens, 10/14/04, SRC-05-170-52726 (Ct. 6) | Janda/Czerwien | | |
| 7A | Application for Four Points Sheraton, 20 aliens, 8/4/05, Case # FL51776, ETA# A-05250-00454, Job Order # FL2692069 | Knight/Jean-Pierre/ Czerwien/ | ✓ | ✓ |
| 7B | Petition for Four Points Sheraton, 20 aliens, 8/4/05, SRC-06-005-51645 | Janda/Czerwien | ✓ | ✓ |
| 7C | American Express statement for account number 1005 with closing dated 11/2/05 | Self Authenticating/ Passero | ✓ | ✓ |
| 8A | Application for Four Points Sheraton, 70 aliens, 7/10/06, Case # FL53020, ETA # A-06241-12741, Job Order # FL2824969 (Ct. 7) | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel | ✓ | ✓ |

2

| | | | ID | Admit |
|---|---|---|---|---|
| 8B | Petition for Four Points Sheraton, 70 aliens, 7/10/06, ETA # A-06241-12741, EAC # 07-020-52678 | Janda/Czerwien/ Berman/Finkel | ✓ | ✓ |
| 9 | Application for Seascape Resort, 85 aliens, 7/27/06, Case # FL53160, ETA # A-06279-13768 (Ct. 8) | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel | ✓ | ✓ |
| 10 | Application for Seascape Resort, 90 aliens, 3/2/07, Case # FL53860, ETA # A-07082-24256, Job Order # FL9235950 (Ct. 9) | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel | ✓ | ✓ |
| 11 | Application for Ebassy Suites, 90 aliens, 2/20/07, Case # FL 53861, ETA # A-07082-24258, Job Order # FL9235993 (Ct. 10) | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel | ✓ | ✓ |
| 12 | Application for Four Points Sheraton, 50 aliens, 2/21/07, Case # FL53862, ETA # A-07071-23676, Job Order # FL9232939 (Ct. 11) | Knight/Jean-Pierre/ Czerwien/Johnson Berman/Finkel | ✓ | ✓ |
| 13 | Application for Four Points Sheraton, 115 aliens, 3/1/06, Case # FL52374, ETA # A-06109-10445, Job Order # FL2768867 | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel | ✓ | ✓ |
| 14A | Application for Four Points Sheraton, 70 aliens, 7/10/06, Case # FL52952, ETA # A-06244-12878 | Knight/Jean-Pierre/ Czerwien/Johnson Berman/Finkel | ✓ | ✓ |
| 15 | Application for Seascape Resort, 105 aliens, 7/10/06, Case # FL52953, ETA # A-06241-12742 | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel | ✓ | ✓ |
| 16 | Application for Embassy Suites, 80 aliens, 7/10/06, Case # FL52951, ETA # A-06244-12879 | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel | ✓ | ✓ |

| | | | TD | Admit |
|---|---|---|---|---|
| 17A | Application for Embassy Suites, 80 aliens, 7/10/06, Case # FL53021, ETA # A-06241-12742, Job Order # FL2824989 | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel | ✓ | ✓ |
| 17B | Petition for Embassy Suites, 80 aliens, 7/10/06, EAC-07-036-51639 | Janda/Czerwien/ Berman/Finkel/ Polony | ✓ | ✓ |
| 18 | Application for Plaza Resort and Spa, 50 aliens, 1/21/06, Case # FL52323, ETA # A-06131-10777 | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel | ✓ | ✓ |
| 19 | Application for Plaza Ocean Club, 50 aliens, 1/21/06, Case # FL52320, ETA # A-06128-10696, Job Order # FL2757062 | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel | ✓ | ✓ |
| 20 | Application for Sandestin Beach & Golf Resort, 50 aliens, 1/3/06, Case # FL52327, ETA # A-06128-10688, Job Order # FL2757104 | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel | ✓ | ✓ |
| 21 | Application for Embassy Suites, 95 aliens, 3/1/06, Case # FL52373, ETA # A-06131-10764 | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel | ✓ | ✓ |
| 22 | Application for Embassy Suites, 50 aliens, 3/1/06, Case # FL52326, ETA # A-06131-10765 | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel | ✓ | ✓ |
| 23A | Application for Emerald Coast Hospitality dbw Regency Towers, 30 aliens, 1/3/06, Case # FL52317, ETA # A-06069-09371, Job Order # FL2757481 | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel/ Boros | ✓ | ✓ |
| 23B | Petition for Emerald Coast Hospitality dbw Regency Toners, 30 aliens, 1/3/006, SRC # 06-134-51169 | Janda/Boros | ✓ | ✓ |

4

| # | Description | Names | ID | from IT |
|---|---|---|---|---|
| 24 | Application for Bright Stars, 50 aliens, 7/18/06, Case # FL53325, ETA # A-06321-15647, Job Order # FL2840788 | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel | ✓ | ✓ |
| 25 | Application for Gulf Coast Laundry Services, 48 aliens, 7/28/06, Mississippi, ETA # A-06261-13308 | Jean-Pierre/Gross Berman/Finkel | ✓ | ✓ |
| 26A | Application for Emerald Coast Hospitality dbw Edgewater Beach Resort, 30 aliens, 1/3/06, Case # FL52321, ETA # A-06069-09380, Job Order # FL2757657 | Knight/Jean-Pierre/ Finkel/Berman/ Lucero/Boros | ✓ | ✓ |
| 26B | Petition for Emerald Coast Hospitality dbw Edgewater Beach Resort, 30 aliens, 1/3/06, SRC # 06-134-51408 | Janda/Boros | ✓ | ✓ |
| 27A | Application for David Costa Enterprises dbw Emerald Coast Hospitality, 30 aliens, 1/3/06, Case # FL52324, ETA # A-06073-09514, Job Order # FL2754435 | Knight/Jean-Pierre/ Czerwien/ Berman/Finkel/ Boros | ✓ | ✓ |
| 27B | Petition for David Costa Enterprises dbw Emerald Coast Hospitality, 30 aliens, 1/3/06, SRC # 06-136-50365 | Janda/Boros | ✓ | |
| 28 | Application for Astor Crowne Plaza, 70 aliens, 3/3/06, LDOL#0306-020, ETA # C-06-108-10422 | Jean-Pierre/ Collins/Finkel | ✓ | ✓ |
| 29 | Application for Lafayette Hotel, 50 aliens, 3/3/06, LDOL #0306-021, ETA # C-06-108-10423 | Jean-Pierre/ Collins/Finkel/ Levy | ✓ | ✓ |
| 30 | Application for Pelham Hotel, 50 aliens, 3/3/06, LDOL # 0306-023, ETA # C-06103-10339 | Jean-Pierre/ Collins/ Finkel/Levy | ✓ | ✓ |
| 31 | Application for Parc St. Charles, 50 aliens, 3/3/06, LDOL # 0306-022, ETA # C-06108-10424 | Jean-Pierre/ Collins/ Finkel/Levy | ✓ | ✓ |

| | | | ĐĐ θ𝒪𝓂𝓉 |
|---|---|---|---|
| 32 | Certified copy of deed for 50 Garnett Road, Santa Rosa Beach, FL - Debra King | Self authenticating/ Passero | ✓ ✓ |
| 33A-33D | Photos of 50 Garnett Bayou Road | Passero | ✓ ✓ |
| 34 | Certified copy of deed for 92 Central 7th Street | Self authenticating/ Passero | ✓ ✓ |
| 35A-35D | Photos of 92 Central 7th Street   35A | Self authenticating/ Berman/ Passero | ✓ |
| 36 | Fax from Justin King to Anna Czerwien dated 1/1/05, concerning his qualifications to assist Eurohouse Holdings includes: fax cover letter and resume (65 Paginet Way)(1385) | Czerwien/Berman/ Lee | ✓ |
| 37 | Enterprise HR paperwork for Justin King (65 Paginet Way)(1385) | Czerwien/Berman/ Lee | ✓ |
| 38 | Resume for Justin King (65 Paginet Way)(1385) | Lee | ✓ ✓ |
| 39 | Certificates for Justin King (50 Garnett Bayou)(1578) | Andrews | ✓ ✓ |
| 40 | Outback Mini Storage records (65 Paginet Way)(381) | McCurley/Lee | ✓ ✓ |
| 41 | Outback Mini Storage records (2372) | McCurley | ✓ ✓ |
| 42 | Copy of Club Destin Agreement dated 5/19/05 (2367) | Berman/Gasper | ✓ ✓ |
| 43 | Original of Club Destin Agreement dated 5/19/05 located in van at 1887 Shalimar (002250) | Berman/Parsons/ Gasper | |
| 44 | Microsoft Outlook appointment printout for Gary Gasper for 5/12/05 for meeting between Gasper, King and Berman | Gasper | ✓ |

6

| | | | ID | Admit |
|---|---|---|---|---|
| 45 | Copy of Brooks and Shorey Resorts Service Agreement executed on 6/14/2006 by William Treon and Justin King | Treon | ✓ | ✓ |
| 46 | Original Brooks and Shorey Resorts Service Agreement executed on 6/14/2006 by William Treon and Justin King found in van at 1887 Shalimar Dr. (002245) | Treon/Parsons | ✓ | ✓ |
| 47A | Copy of Best Western Service Agreement executed on 6/15/06 signed by Ellen Bragg and Justin King | Bragg | ✓ | ✓ |
| 47B | Invoice from Justin King dated 6/30/06 to the Best Western | Bragg ०९्५ | ✓ | ✓ |
| 48 | Original of Best Western Service Agreement executed on 6/15/06 signed by Ellen Bragg and Justin King found in van at 1887 Shalimar Dr. (002242) | Parsons | ✓ | ✓ |
| 49A | Copy of Embassy Suites Agreement dated 1/10/06 signed by Justin King and Lacour dated 1/10/06 (5 workers) | Parsons/Czerwien/ Berman | | |
| 49B | Original of Embassy Suites Agreement dated 1/10/06 Justin King and Lacour dated 1/10/06 seized from 65 Paginet Way (35 workers) | Lee | ✓ | ✓ |
| 50 | Email from Mike Chouri to Kristina Mackenzie dated 11/18/06 | Mackenzie/Chouri | ✓ | ✓ |
| 51 | Letter from Justin King to "Mrs. Mackenzie" dated 11/17/06 and "Foreign Recruitment Possibilities" proposal | Mackenzie/Chouri | ✓ | ✓ |
| 52 | Justin King's Application for Employment dated 5/7/07 for director of loss prevention at Bay Point Marriott includes: application for employment, human resources screening sheet, other employment information sheet listing "awards," resume, emailed letter of recommendation from Bobby Gardner, letter of recommendation purportedly from Steven Murphy, letter of recommendation from Jim Newman, and letter of recommendation from Jimmy Macon | Sheets ०९्५ | | ✓ |

7

| | | | ID | ADMIT |
|---|---|---|---|---|
| 53 | United States Postal Service records for PO Box 6346 includes: application for post office box 6346, post office box fee register, POS One Report for 7/17/06, receipt detailing transactions for clerk number 15, employee role identifying clerk number 15 | Berman/Strickland | ✓ | |
| 54 | Bank of America statement for period 7/1/06 through 7/31/06 for Eurohouse account number ending 6574 | Records Custodian | ✓ | ✓ |
| 55 | Check number 3309 for Bank of America Eurohouse account number ending 6574 for $52.00 written to USPS, memo line states PO Box | Berman/Czerwien/ Strickland/ Records Custodian | ✓ | ✓ |
| 56A | Composite Exhibit - Job advertisement listings printed in the Northwest Florida Daily News. (Run dates and hotels) | Burdick | ✓ | ✓ |
| 56B | Advertisement verbiage faxed to the Northwest Florida Daily News | Burdick | ✓ | ✓ |
| 56C | Composite Exhibit - Northwest Florida Daily News statements for Eurohouse Holding's job advertisements | Burdick | ✓ | ✓ |
| 57 | Two receipts in the name of Justin King for the purchase of copies of the Northwest Florida Daily News dated 8/22/05 and 9/7/05 (455) | Lee | ✓ | ✓ |
| 58 | Woland, Inc. brochure recovered from 65 Paginet Way (1562) | Lee | ✓ | ✓ |
| 59 | International Recruitment Services brochure recovered from 65 Paginet Way lists number 850-225-7545 recovered from 65 Paginet Way (1538) | Lee/Finkel | ✓ | ✓ |
| 60 | Printout from Eurohouse Holding Website (2401) | Parsons/Finkel | ✓ | ✓ |
| 61 | Florida Department of Agriculture Affidavit from records custodian Mary Kennedy - No record of concealed weapon permit being issued to Justin King in Florida | Self Authenticating | ✓ | ✓ |

| | | Self Authenticating | ID | Admit |
|---|---|---|---|---|
| 62 | United States Department of State Affidavit from Pamela Bundy Human Resources - No record of Justin Eric King every being a direct-hire employee of the State Department | | ✓ | ✓ |
| 63 | Affidavit of Justin King dated 2/17/06 | Parsons | | |
| 64 | Letter signed by Dr. Justin King To Whom it May Concern regarding Tiran Florin | Florin | | |
| 65 | Five letters from the Social Security Administration addressed to Florin Vasile Tiran dated: 6/15/05, 6/24/05, 8/2/05, 8/15/05, 8/19/05 | Florin | | |
| 66 | Email from Tiran Florin to Jim Buck dated 8/12/05 | Florin | | |
| 67A | T-Mobile Toll Records for 850-368-3200 from 12/31/04 - 9/15/06 | Business Record | ✓ | ✓ |
| 67B | T-Mobile Toll Records for 850-368-3500 from 12/31/04 - 2/23/05 | Business Record | ✓ | ✓ |
| 67C | T-Mobile Toll Records for 850-225-7545 from 3/14/05 - 9/15/06 | Business Record | ✓ | ✓ |
| 67D | T-Mobile Toll Records for 850-225-0033 from 6/19/05 - 9/15/06 | Business Record | ✓ | ✓ |
| 68 | T-Mobile Toll Records 850-225-7545 from 9/16/06 - 8/8/07 | Business Record | ✓ | ✓ |
| 69 | T-Mobile Statements 850-225-7545 due date 1/5/07, 3/7/07, 4/5/07 (000056) located at Paginet Way | Lee | ✓ | ✓ |
| 70 | T-Mobile Statements 850-225-7545 due date 8/5/05, 9/5/05, 12/5/05 (0000969) located at Paginet Way | Lee | ✓ | ✓ |
| 71 | Yahoo! Subscriber Information and login tracker for user name h2bjob@yahoo.com and declaration of business record | Business/Stanford | ✓ | ✓ |
| 72 | AT&T Southeast account information for account number 850-773-1551 and connection detail report | Andrew Houtz/ Chris Bader | ✓ | ✓ |

9

| # | | Business Record | ID | ADMIT |
|---|---|---|---|---|
| 73 | OWCC college transcript and application documents for Justin King (certified business record affidavit) | | | ✓ |
| 74 | Invoices received by Extended Stay America for Woland Inc. Includes W-9 Request for Tax Payer Identification Number and invoices with accompanying check for period between 6/4/2007 to 8/24/2007 (certified business record affidavit) | Business Record/ Dias | | ✓ |
| 75 | ETA-750 Application for Four Points Sheraton, 115 workers signed by Chris Wuellner dated 3/1/06 (certified business record affidavit) | Wuellner/Lee | | |
| 76 | USPS Express Mail envelope to addressee Clyde Parsons from Justin King dated 2/24/06 | SA Parsons | ✓ | ✓ |
| 77 | Anna Czerwien signature stamp (002448)   7/16/ STAMPED IN OPEN COURT | Czerwien | ✓ | ✓ |
| 78 | Eduard Shaulov signature stamp (002448) | Czerwien | ✓ | ✓ |
| 79 | Consent to Search signed by Justin King dated 8/22/07 | Passero | | ✓ |
| 80 | Letter from Dr. Justin King dated 10/18/2005 (002412) | MacKenzie | ✓ | ✓ |
| 81 | Outback Mini Storage Records addressed to Justin King dated 10/22/05, 3/21/06, 5/19/06, 6/24/06, 8/27/06, 9/20/06, 12/1/06, 4/25/07, 5/1/07 found at 65 Paginet Way (001494) | McCurly/Lee | ✓ | ✓ |
| 82 | State of Florida Department of State Incorporation Records for Woland, Inc. (Self-authenticating public record) | Self authenticating/ Czerwien | ✓ | ✓ |
| 83 | State of Florida Department of State Incorporation Records for Eurohouse Holding Corporation (Self-authenticating public record) | Self authenticating/ Czerwien | ✓ | ✓ |
| 84 | Eurohouse Holding invoice dated 6/23/06 received by Best Western and fax cover sheet addressed to Justin King from Joe Guillory and includes 4 time cards recovered from van located at 1887 Shalimar (002206) | Bragg/Parsons | | ✓ |

| # | Description | Czerwien/Berman/Lee | ID | ADM17 |
|---|---|---|---|---|
| 85 | Eurohouse Holding business cards for Czerwien, Berman, King, Kudelina found at 65 Paginet Way (001477) | | ✓ | ✓ |
| 86 | Various business cards for Justin King found at 50 Garnett Bayou (001579) | Andrews | ✓ | ✓ |
| 87 | Four Points Sheraton records for Eurohouse housekeepers includes Four Points invoices, AP check report, and cancelled checks for period 8/28/06 through 4/29/07 (002396) | Valentine | ✓ | ✓ |
| 88 | Fax from Justin King to Jennifer Schools dated 1/19/2006 | Parsons | | |
| 89 | Letter from Justin King dated 4/9/2007 listing document provided to CIS concerning Yelena King's change of status | Greene | ✓ | |
| 90 | I-864 for Justin Eric King dated 12/28/06 | Greene | | |
| 91 | I-130 and G-325 for Justin Eric King dated 12/28/06 | Greene | | |
| 92 | Form G-325 for Justin King dated 6/26/07 | Greene | | |
| 93 | Form G-325 for Yelena King dated 6/26/07 | Greene | | |
| 94 | CIS Adjuster interview sheet dated 6/26/07 | Greene | | |
| 95 | 2005 IRS Form 1099 and tax returns for Justin King | Greene | ✓ | ✓ |
| 96 | 2006 IRS Forms 1099 and joint tax returns for Justin King and Yelena King | Greene | ✓ | |
| 97 | Payroll invoices for Yelena Kudelina for 5/11/07 through 6/8/2007 | Greene | ✓ | ✓ |
| 98 | Wachovia Bank records for account numbers ending in 1644 and 1647 dated 9/15/06 | Greene | | |
| 99 | AmSouth statement for Justin King ending in 0715 dated 10/11/2006 | Greene | | |

11

JD ADMIT

| # | Description | | | |
|---|---|---|---|---|
| 100 | Form I-797 for Tanya Vardazhieva, SRC-06-051-52584 to Eurohouse DBW Sandestin Gulf and Beach c/o Justin King located at van at 1887 Shalimar Dr. (002242) | Vardazhieva/Janda Parsons | | ✓ |
| 101 | Approval Notice valid for 12/1/05 to 10/31/06 for Tanya Vardazhieva, SRC-06-051-52584 to Eurohouse DBW SanDestin Gulf and Beach c/o Justin King located at van at 1887 Shalimar Dr. (002242) | Vardazhieva/Janda/ Parsons | | ✓ |
| 102 | Seasonal Employment Agreement for Tanya Vardazhieva dated 1/20/2006 for employment beginning 12/1/05 to 10/31/06 signed by Tanya Vardazhieva and Justin King located at van at 1887 Shalimar Dr. (002242) | Vardazhieva/ Parsons | ✓ | ✓ |
| 103 | Notice of Contingent Offer of Employment signed by Veronica Strickland on purported Bay Point Marriott letterhead to Tanya Vardazhieva located at van at 1887 Shalimar Dr. (002242) | Vardazhieva/ Parsons | ✓ | ✓ |
| 104 | Copy of Bulgarian Passport for Tanya Vardazhieva located at van at 1887 Shalimar Dr. (002242) | Vardazhieva/ Parsons | ✓ | ✓ |
| 105 | Copy of US H2B Visa for Tanya Vardazhieva for employment at Eurohouse Holding DBA Bay Point Marriott SRC-05-170-52726 located at van at 1887 Shalimar Dr. (002242) | Vardazhieva/ Parsons | ✓ | ✓ |
| 106 | Letter of Recommendation on Embassy Suites letterhead dated 11/27/2005 on behalf of "Tania Encheva" | Vardazhieva/ Parsons | | |
| 107 | Petition for Eurohouse DBW Sandestin Beach and Golf Resort, 1 alien (Tanya Vardazhieva), 10/15/05, SRC-06-051-52584 | Janda/ Vardazhieva/ Passero | ✓ | ✓ |
| 108 | Recruitment Service Agreement dated 12/21/05 between Eurohouse Holding and Emerald Coast Hospitality Service signed by Stan Finkel and Peter Boros found in van at 1877 Shalimar Dr. (002247) | Parsons/Finkel/ Boros | | |

| | | | ID 01DM17 |
|---|---|---|---|
| 109 | Service Agreement dated 6/26/2006 between LGM Enterprises and Destin West purportedly signed by Fred Tolbert III found in van at 1877 Shalimar Dr. (002254) | Parsons | ✓ |
| 110 | Contractor Agreement dated 7/5/06 purportedly signed by Steven Murphy found in van at 1887 Shalimar Dr. (002255) | Murphy/Parsons | ✓ |
| 111 | Recruitment Service Agreement between International Recruitment Services and Labor One in January 2006 signed by signature appearing to be that of Justin King and other unknown signature found in van at 1887 Shalimar Dr. (002256) | Berman/Finkel/ Parsons | ✓ |
| 112 | Three Checks from Destin West Resort Management to L.G.M for housekeeping services and corresponding invoices | Griffith | ✓ |
| 113 | International Recruitment Services brochure listed address of 65 Paginet Way and phone number 850-225-7545 located at 65 Paginet Way (000150) | Finkel/Lee | ✓ |
| 114 | The Art of Terrorism book by Justin King recovered at 65 Paginet Way (000001)  *hand* pg 7 & pg 93 | Lee | ✓ |
| 115 | Alex Berman signature stamp found at 65 Paginet Way (001452) (Stamp'd cards 1517) Berman/Lee | | ✓ ✓ |
| 116 | Office Depot receipt for purchase of Alex Berman stamp dated 2/21/06 found at 65 Paginet Way (001452) | Czerwien/Lee | ✓ ✓ |
| 117 | ETA-750 application Plaza Ocean and Spa DBW Eurohouse Holdings for 50 workers dated 1/21/06, contact number 850-225-7545, recovered from 65 Paginet Way (000143) | Czerwien/Lee | ✓ ✓ |
| 118 | Letter dated 7/25/05 on Eurohouse Holdings Corporation DBW Four Points Sheraton, during the Summer months.... found at 65 Paginet Way (00142) | Czerwien/Lee | |

13

| | | Business record | ID | ADMIT |
|---|---|---|---|---|
| 119 | Justin King American Express statements for acct. numbers ending in 1004, 1005, 1007, and 1008 (certification of business records) | Suharto | ✓ | ✓ |
| 120 | Employees sub-contract agreement between Eurohouse Holdings and CNI Southern Services dated 7/1/05 signed by signature that appears to Justin King and Kartlos Zedginidze located at 65 Paginet Way (001462) | Lee | ✓ | ✓ |
| 121 | I-797 Approval Notice for SRC-06-005-51723 for CNI Southern Service DBW Chartwell c/o Kartlos Zedginidze approving 25 H2B workers for work between 11/15/2005 through 8/30/2006 located 1887 Shalimar (001987) | Janda/Parsons | ✓ | ✓ |
| 122 | I-907 Request for Premium Processing for CNI Southern Service DBW Chartwell for 25 workers, 850-225-7545, located at 65 Paginet Way (000118) | Finkel/Janda/Lee | ✓ | ✓ |
| 123 | Letter from Dr. Justin King to Director of AWI dated 10/19/2005 regarding David Beech, located at 1887 Shalimar Dr. (001938) | Parsons | ✓ | ✓ |
| 124 | USPS Express Mail receipts - Composite Exhibit A thru S includes Express Mail receipts, charge receipts, and American Express statements (all Express Mail receipts located at 65 Paginet Way with exception of O-1 and O-2 located at 1887 Shalimar Dr.) (001891) C5 N-1, A B C1 C2 D E F G H I 3 K L M N1 N2 P2q | Lee/Passero 124P 124T ka ES,01,02,R-2 L | ✓ | ✓ |
| 125 | Composite Exhibit A thru M of emails from cover_worthy@yahoo.com and h2bjob@yahoo.com recovered from SLAVA VIP file folder in the BASMACH2000@yahoo.com email account (125A - 125m) | Carroll/Finkel | ✓ | ✓ |
| 126 | Composite Exhibit A thru III of emails from h2bjob@yahoo.com, jking@irsus.org and coverworthy@hushmail.com recovered from JKING file folder in the BASMACH2000@yahoo.com email account | Carroll/Finkel | ✓ | ✓ |

14

| | | | ID | ADMITTED |
|---|---|---|---|---|
| 127A -127I | Payroll stubs for Sergey Dimitrov Todorov from Eurohouse and "AA Limited" | Todorov | ✔ | |
| 128 | I-79?B - Notice of Action, Notice Date of March 18, 2005 | Zsok | | |
| 129A | One computer disc containing the forensic analysis of John Wilbur of the computers seized at 65 Paginet | Wilbur | | |
| 129B | Documents recovered from computers seized at 65 Paginet by John Wilbur during forensic analysis | Wilbur | | |
| 130 | Partnership agreement between Eurohouse Holding and Emerald Coast Hospitality Service, signed by Berman and Shavkun | Berman/Boros | | |
| 131A -131F | Payroll stubs for Tanya Vardazhieva from Eurohouse and "AA Limited" | Vardazhieva | ſſſſſ | ſſſſſ |
| 132 | Articles of Incorporation for LGM Cleaning Services | Self Authenticating Murphy | ✔ | ✔ |
| 133 | Copy of State of Florida DHSMV Driver and Vehicle Information for Geza Istvan Polony | Polony | ✔ | ✔ |
| 134 | Copy of Florida driver's license for John Bryan McKechan | McKechan | ✔ | ✔ |
| 135 | Blank Form ETA-750 | Knight | ✔ | ✔ |
| 136 | Warning and Waiver of Rights signed by Justin King | Osario/Passero | ✔ | ✔ |
| 137A -137I | Pay check stubs for Florin Vasile Tiran from "AA Limited" and Eurohouse | Tiran | | |
| 138A -138H | Pay check stubs for Mariyana Hristova Dicheva from "AA Limited" and Eurohouse | Dicheva | ✔ | ✔ |

| # | Description | | ID | ADMIT |
|---|---|---|---|---|
| 139 | Bulgarian Passport for Mariyana Hristova Dicheva, 1-797 Approval Notice for SRC-05-170-52726 (Eurohouse Holding dba Bay Point" and H2B visa for Mariyana Hristova Dicheva | Dicheva | ✓ | ✓ |
| 140 | U.S.A. v. Anna Shaulova Czerwien, Plea and Cooperation Agreement | Czerwien | | |
| 141 | U.S.A. v. Aleksander Berman, Plea and Cooperation Agreement | Berman | | |
| 142 | U.S.A. v. Vyacheslave Adol'Fovich Finkel, Plea and Cooperation Agreement | Finkel | | |
| 143A | Eurohouse/Woland Invoices to Embassy Suites for housekeeping services | Polony | ✓ | ✓ |
| 143B | AP Check Report for Embassy suites for checks written to Eurohouse Holding between 1/13/05 and 7/25/06 | Polony | ✓ | ✓ |
| 144A | Email from Bryan McKechan to Justin King at "h2bjob@yahoo.com" | McKechan | ✓ | ✓ |
| 144B | Time cards from Seascape for 4 employees supplied by Eurohouse Holding | McKechan | ✓ | ✓ |
| 144C | Eurohouse Holding invoice for 4 employees to Seascape | McKechan | | |
| 145A | Fax from Bryan McKechan to Justin King dated 7/13/06 | McKechan | ✓ | ✓ |
| 145B | Fax from Bryan McKechan to Justin King dated 7/13/06 | McKechan | ✓ | ✓ |
| 146 | Justin King's Application for Employment at Hilton Sandestin dated 9/05/03 and personnel file | Kay/MacKenzie | ✓ | ✓ |
| 147 | Email from "Eric King" at "cover_worthy@yahoo.com" to Amy Kay dated 11/16/06 | Kay | ✓ | ✓ |
| 148 | Lineup shown to Cathy Landers | Passero | | ✓ |

| | | | ID | ADMITTED |
|---|---|---|---|---|
| 149 | Lineup shown to Ingrid Eaton | Eaton/Passero | | |
| 150 | Lineup shown to Faye Dias | Dias/Passero | | |
| 151 | Seasonal Employment Agreement for Iva Ilieva dated 6/27/05 (2416) located at 1887 Shalimar | Ilieva | ✓ | |
| 152 | Sprint/Embarq phone bills for 850-267-1217 found at 65 Paginet Way (1437) | Lee | ✓ | ✓ |
| 153 | Application and Petition for Astor Crowne Plaza for 70 aliens, 3/3/06, State Case number 0306-020, ETA #C-06108-10422 located at 1887 Shalimar (1891 see also 124 O-1 and O-2) | Jean-Pierre/ Janda/Collins/ Czerwien/Levy/ Parsons | ✓ | ✓ |
| 154 | Application and Petition for Parc St. Charles for 50 aliens, 3/3/06, State Case number 0306-022, ETA # C-06108-10424, located at 1887 Shalimar (1892) | Jean-Pierre/ Janda/Collin /Czerwien/Levy /Parsons | ✓ | ✓ |
| 155 | Check stubs for Justin King (59) | Lee | ✓ | |
| 156 | Copy of two Georgia Driver's licenses for Anna Czerwien | Czerwien | ✓ | ✓ |
| 157 | Fax from Howard Johnson's in Puerto Rico located at 1887 Shalimar (1888) | Czerwien/Parsons | ✓ | ✓ |
| 158 | Copy of Florida Driver's license for Vyacheslav Finkel | Finkel | ✓ | ✓ |
| 159 | USPS Express mail receipt dated 10/18/06 recovered from 1887 Paginet Way (1867) | Finkel/Parsons | ✓ | ✓ |
| 160A | Specialty Building Maintence Subcontractor Agreement signed by Tommy Silva and Justin King dated 5/15/07, found at 65 Paginet Way (1459) | Lee | | ✓ |

| | | | ID | ADMIT |
|---|---|---|---|---|
| 160B | Notebook containing Woland Invoices to Silva, payroll registers, deposit slips, check stubs.  found at 65 Paginet Way (1438) | Lee | ✓ | ✓ |
| 161 A- 161D | Four photos of Eurohouse Bus taken at Outback Storage | Roger | ✓ | ✓ |
| 162 | Letter from Eric King regarding tenants at 92 Central 7th St. | Lee | ✓ | ✓ |
| *161A - 161D* | | | | |
| 163 | Business Card of Alex Brennan | Das | ✓ | ✓ |
| 164 | Photo of Residence 65 Paginet Way | Lee | ✓ | ✓ |
| 165 | 1435 W. 2 Photo of office | Lee | ✓ | ✓ |
| 167 | Letter dated 8/3/06 from Vans Scott (ec Woland) | | ✓ | ✓ |
| 169 | Little dated ?/11/06 from Punchung to | | ✓ | ✓ |
| 176 | Single Photo Team Phone Records | Hubert | ✓ | ✓ |
| 171 | | | ✓ | ✓ |
| 172 | | | ✓ | ✓ |
| 173 | | | ✓ | ✓ |
| 174 | | | ✓ | ✓ |
| 175 | | | ✓ | ✓ |
| 176 | | | ✓ | ✓ |
| 177 | | | ✓ | ✓ |
| 178 | | | ✓ | ✓ |
| 179 | Drivers License of Vans Scott | ✓ | ✓ | ✓ |
| 182 | Letter from Rory Massitt to Cinda Parsons | Hebert | ✓ | ✓ |
| 183A | Event Timeline of Austin King phone calls | Hebert | ✓ | ✓ |
| 183B | Analysis of Phone Class from Austin King | Hebert | ✓ | ✓ |
| 183C | Event Timeline of Austin King phone calls | Hebert | ✓ | ✓ |

| No. | Description | ID | Name | | |
|---|---|---|---|---|---|
| 181 | CNS service 5/11/07 | | | ✓ | ✓ |
| 180 | Sausage Records | | | ✓ | ✓ |
| 183D | Event Timeline of Joshua King phone calls | | Klein | ✓ | ✓ |
| 184 | Electronic Promotional Package | | Hubert | ✓ | ✓ |
| 185 | Ashling Letter | | McKeithen | ✓ | ✓ |
| 186 | Crime Victory Notice of protection and copy of Visa | | Luna | ✓ | ✓ |
| 187 | Ryan Press Pay Information | (A-J) | Petteon | ✓ | ✓ |
| 188 | Photos of mattresses (3) | 188A-189C | Lee | ✓ | ✓ |
| 189 | | | | ✓ | ✓ |
| 190 | Check stubs | 190A-190B | Llova | ✓ | ✓ |
| 191 | | | Lee | ✓ | ✓ |
| 192 | ETA applications | | Passed | ✓ | ✓ |
| 193 | Summation of mail versus realights etc. | | Passed | ✓ | ✓ |
| 194 | Outline of credit card statements for postal charges | | Passed | ✓ | ✓ |

GC1   Copy of PowerPoint Presentation used for jury closing argument
(For record purposes only - did not go back to jury for deliberation)

19

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                        Case No. 3:07cr114/LAC

JUSTIN ERIC KING

_____/

## GOVERNMENT'S POTENTIAL WITNESS LIST

1. Mariyana Hristova Dicheva, *Sworn 11/29*
2. Gary Gasper *Sworn 11/28*
3. Willie Johnson *Sworn 11/28*
4. Mary Hertzler
5. Iva Ilieva *Sworn 11/29*
6. Vyacheslave Adol'fovich Finkel ("Stan Finkel") *Sworn 11/30*
7. Andy Houtz *Sworn 11/28*
8. Tiffany Klein *Sworn 11/29*
9. Brian McKechan *Sworn 11/29*
10. Ricky Strickland *Sworn 11/29*
11. Donna Burdick *Sworn 11/28, Recalled 11/28*
12. Alexsander Berman *Sworn 11/28, 11/29*
13. Kristina MacKenzie *Sworn 11/28*
14. Amy Kay *Sworn 11/28*
15. Mike Chouri *Sworn 11/28*
16. David Sheets *Sworn 11/28*
17. Steven Murphy *Sworn 11/28*
18. Elizabeth Ross *Sworn 11/28*
19. Chris Griffith *Sworn 11/28*
20. Robert Carroll *Sworn 11/30*
21. Charles "Tony" Lucero
22. Arthur Greene *Sworn 11/28*
23. Petar Petrov *Sworn 11/29*
24. Sergey Todorov *Sworn 11/30*
25. Gus Luna *Sworn 11/29*

26. Geza "Ziggy" Polony *SWORN 11/29*
27. Tanya Vardazhieva *SWORN 11/30*
28. Tom Shaver
29. Jeffrey Stanford *SWORN 11/28*
30. Paul Scott *SWORN 11/28*
31. Florin Vasile Tiran
32. Faye ~~Dias~~ Pias *SWORN 11/29*
33. Peter Boros
34. David Costa *SWORN 11/29*
35. David Gross
36. Paula Collins *SWORN 11/27*
37. David Levy *SWORN 11/27, 11/26*
38. Elizabeth Knight *SWORN 11/26*
39. Isabel Jean-Pierre *SWORN 11/26*
40. Dennis Janda *SWORN 11/27*
41. Ellen Bragg *SWORN 11/27*
42. William J. Treon *SWORN 11/27*
43. John Hebert *SWORN 11/29*
44. Linda Valentine *SWORN 11/27*
45. Gary Johnson *SWORN 11/27*
46. Chris Wuellner *SWORN 11/27*
47. Ingrid Eaton *SWORN 11/27*
48. Anna Shaulova Czerwien *SWORN 11/27, 11/28*
49. Cathy McCurly
50. Pedro Ocasio
51. Clyde Parsons *SWORN 11/30*
52. Jeff Lee *SWORN 11/30*
53. Nancy Andrews
54. Roger Passero *SWORN 11/30*
55. George Collins
56. Terry King
57. Yelena Kudelina King
58. Gina Glasgow
59. John Wilbur

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                        3:07cr114/LAC

JUSTIN ERIC KING

---

## DEFENDANT'S EXHIBIT LIST

### NO.  EXHIBIT                                     ID      IN

1.    Czerwien Information, 3:07cr106

2.    Czerwien Plea & Coop Agreerement

3.    ETA-750 – RAMADA – 12/11/03                  *obis*  ✓

3A    Ramada Inn – Designataion of Agent, 12/11/03 *obis* ✓

3B    Ramada Inn – Letter of Need, 12/11/03

4     ETA-750 – Hilton Sandestin  - 12/11/03

4A    Hilton Sandestin – Designation of Agent, 12/11/03

5.    ETA-750 – Embassy Suites – 10/14/04

5A    ETA-750 – Embassy Suites – 10/14/04

6.    ETA-750 – Bay Point – 10/14/04

6A    Bay Point - Designation of Letter, 10/14/04

6B.   Bay Point – Letter of Need, 1014, 04

1

7.    ETA7502007 Bright Stars

8.    ETA7502007 Embassy Suites

9.    ETA7502007 Seascape

10.    ETA7502007 Seascape LastES

11.    ETA7502007 Shearton

12.    ETA7502006 PlazaResortSpa

13.    ETA7502006 PlazaResortClub

14.    ETA7502006 Embassynew

15.    ETA7502006 Sheratonnew

16.    ETA7502006 Astor

17.    ETA7502006 TheLafayetteHotel

18.    ETA7502006 TheParc

19.    ETA7502006 The Pelham

20.    email: charts and new descriptions

21.    email: charts

22.    chart in Finkel computer

23.    email: letter from us about hotel

24.    sample letter in Finkel computer

25.    email: payroll sample

26.    payroll sample computer

27. email: letter from hotel

28. "letter from hotel" in Finkel computer

29. email: staffing chart

30. staffing chart in Finkel computer

31. email: laundry letter

32.

33. hotel letter in Finkel computer

34. Seascape Resort hotel letter in Finkel computer

35. Four Points Shearton hotel letter in Finkel computer

36. email: requested payroll

37. email: letters