# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No. 3:07cr114/LAC

JUSTIN ERIC KING,

    Defendant.
_____/

# VERDICT

We, the jury, in the above entitled and numbered case, unanimously find the Defendant, JUSTIN ERIC KING:

### COUNT ONE

__X__    GUILTY of the offense of conspiracy to make or present false statements on immigration documents, as charged in Count One.

_____    NOT GUILTY.

### COUNT SEVEN

__X__    GUILTY of the offense of making or presenting false statements on immigration documents, as charged in Count Seven.

_____    NOT GUILTY.

FILED IN OPEN COURT THIS

12/3/07

CLERK, U.S. DISTRICT COURT, NORTH DIST. FLA.

## COUNT EIGHT

__X__      GUILTY of the offense of making or presenting false statements on immigration documents, as charged in Count Eight.

_____     NOT GUILTY.

## COUNT NINE

__X__      GUILTY of the offense of making or presenting false statements on immigration documents, as charged in Count Nine.

_____     NOT GUILTY.

## COUNT TEN

__X__      GUILTY of the offense of making or presenting false statements on immigration documents, as charged in Count Ten.

_____     NOT GUILTY.

## COUNT ELEVEN

__X__      GUILTY of the offense of making or presenting false statements on immigration documents, as charged in Count Eleven.

_____     NOT GUILTY.

## COUNT TWELVE

__X__    GUILTY of the offense of conspiracy to induce aliens to illegally enter the United States, as charged in Count Twelve.

_____   NOT GUILTY.

SO SAY WE ALL on this __3rd__ day of __December__ 2007.

_____

Foreperson's Signature