# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

      VS                                       CASE NO.  3:07cr114LAC

JUSTIN ERIC KING

## NOTICE

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| Place: | United States Courthouse<br>One North Palafox Street<br>Pensacola, Florida 32502-5658 |
| Room No: | Courtroom 4 South |
| Date: | February 12,  2008 |
| Time: | 9:30am |
| Type of Proceeding: | Sentencing before the Honorable Lacey A. Collier |

**NOTE:**
**If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.**

WILLIAM M. McCOOL, CLERK OF COURT

December 7, 2007                   *s/Mary Maloy*

_____           _____

DATE                                         Deputy Clerk: Mary Maloy

Copies to:
Honorable Lacey A. Collier
U. S. Marshal
U. S. Probation
Court Security Officer
Tiffany Eggers, AUSA
Spiro Kypreos, Esq.