**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PROBATION OFFICE**

MARK COOK
CHIEF U.S. PROBATION OFFICER
119 N. PALAFOX STREET
PENSACOLA, FL 32502
(850)470-8200
FAX (850)470-8226

SYLVESTER GRIFFIN
DEPUTY CHIEF
30 W. GOVERNMENT STREET
PANAMA CITY, FL 32401
(850)769-8069
FAX (850)769-0267

PLEASE REPLY TO:
17 S. DEVILLIERS STREET
PENSACOLA, FL 32502-5511
(850)435-8430
FAX (850)432-0577

January 9, 2008

Spiro T. Kypreos
Attorney at Law
3 West Garden Street, Suite 367
Pensacola, Florida 32501

                RE:    JUSTIN ERIC KING
                      DKT # 3:07CR114-002/LAC
                      PRESENTENCE REPORT

Dear Mr. Kypreos:

       This letter accompanies the Presentence Report on the above named person, who is scheduled to be sentenced on February 12, 2008. One copy of this report should be provided to and discussed with your client prior to the sentencing hearing. **Pursuant to Rule 32(f)(1) and (2) of the Federal Rules of Criminal Procedure, any objections must be submitted in writing to the undersigned at Pensacola, and opposing counsel, by January 23, 2008**.

       The Presentence Report is herein transmitted to the U.S. Attorney's Office.

       Please note that Local Rule 88.1(D) directs that, "No person shall otherwise disclose, copy, reproduce, deface, delete from or add to any report within the purview of this rule."

                                      Sincerely yours,

                                      /s/ Pamela D. Lassiter

                                      Pamela D. Lassiter
                                      U.S. Probation Officer

pdl

Attachment: Presentence Report

cc:     Tiffany Eggers (w/attachment)
          Assistant U.S. Attorney

          Mr. William McCool
          U.S. District Court
          1 North Palafox Street, Suite 226
          Pensacola, Florida 32501-4863

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 JAN 10 PM 3: 32



FILED