UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                CASE NO.  3:07cr114LAC

JUSTIN KING

**NOTICE**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| | |
|---|---|
| Place: | United States Courthouse<br>One North Palafox Street<br>Pensacola, Florida 32502-5658 |
| Room No: | Courtroom 4 South |
| New Date: | February 12, 2008     Previous Date:    February 12, 2008 |
| New Time: | 10:30 am                     Previous Time:    9:30 am |
| Type of Proceeding: | Sentencing before the Honorable Lacey A. Collier |

**NOTE:**
**If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.**

WILLIAM M. McCOOL, CLERK OF COURT

January 18, 2008                               s/Mary Maloy
DATE                                                  Deputy Clerk: Mary Maloy

Copies to:
Honorable Lacey A. Collier
U.S. Marshal
U.S. Probation
Court Security Officer
Tiffany Eggers, AUSA
Spiro Kypreos, Esquire

Document No.