IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                             3:07cr114/LAC

JUSTIN ERIC KING

## DEFENDANT'S MOTION FOR CONTINUANCE

COMES NOW defendant JUSTIN ERIC KING, by and through undersigned counsel, and moves for a continuance of his sentencing and as grounds therefor says:

1. The defendant's sentencing is scheduled for February 12, 2008, at 10:30 a.m. There are unresolved factual issues, including, but not limited to, forfeiture, that must be resolved at sentencing.

2. Counsel below must participate in a trial before U.S. District Judge M. Casey Rodgers in USA v. Rogelio Galvan Chavez et al, Case No. 3:07cr145, which commences February 4, 2008, and is expected to end on

February 12, 2008.  Counsel must then pick a jury in USA v. Armando Cardon-Cortez et al, Case No. 3:07cr135 and the trial is expected to end on February 15, 2008.

    **3.  I CERTIFY** that in accordance with local rules I have contacted the prosecutor on this case, Tiffany H. Eggers, AUSA, who states that the government has no objection to this motion.

    WHEREFORE the defendant prays for a continuance of his sentencing hearing.

    I HEREBY CERTIFY that a copy of the foregoing was furnished to Tiffany Eggers, 21 East Garden Street, Suite 400, Pensacola, Florida 32502 by electronic filing this 3rd day of February, 2008.

/s/ *Spiro T. Kypreos*
SPIRO THEODORE KYPREOS
Attorney for Defendant
Pensacola, FL 32501
850-433-2185
Fla. Bar No. 135237