# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                      CASE NO.  3:07CR114LAC

JUSTIN ERIC KING

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  February 4, 2008
Motion/Pleadings:  MOTION FOR CONTINUANCE of sentencing scheduled for 2/12/08
Filed by  DEFENDANT           on  2/3/2008         Doc.#  142

RESPONSES:

_____  on _____  Doc.# _____
_____  on _____  Doc.# _____

\_\_\_\_\_ Stipulated       \_\_\_\_\_ Joint Pldg.
X\_\_\_ Unopposed         \_\_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 4th day of February, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b) Sentencing continued to February 26, 2008 @ 10:30 am.*

                                        *s/L.A. Collier*

                                        ***LACEY A. COLLIER***
                                  *Senior United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.