IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.	Case No. 3:07cr114/LAC

JUSTIN ERIC KING

_____

## MOTION FOR INTRODUCTION OF EXHIBITS

Comes now the undersigned Assistant United States Attorney and files this Motion for Introduction of Exhibits on the following grounds thereof:

On February 26, 2008, the sentencing hearing was held in this cause. During the sentencing hearing, exhibits were presented to the Court by the Government. (Government Exhibits: S-1, S-2, S-3, S-4, S-5, S-6). Counsel for both parties referred to the exhibits during the course of argument. However, inadvertently there was never a formal request made of the Court, by the Government, to introduce the exhibits into evidence. This was an accidental oversight on the Government's part.

WHEREFORE, the Government now moves this Court to introduce those exhibits into evidence for the record. The exhibits have remained in the custody of the Clerk of Court since the time of the hearing.

                              Respectfully submitted,

                              GREGORY R. MILLER
                              United States Attorney

                              */s/ Tiffany H. Eggers*
                              TIFFANY H. EGGERS
                              Assistant United States Attorney
                              Florida Bar Number 0193968
                              21 E. Garden Street, Suite 400
                              Pensacola, Florida 32502
                              (850) 444-4000

## **LOCAL RULE 7.1(B) CERTIFICATE**

Pursuant to Local Rule 7.1(B), I hereby certify that I have conferred with counsel for the defendant, Sprio Kypreos, and he does not oppose the relief sought herein.

                              */s/ Tiffany H. Eggers*
                              TIFFANY H. EGGERS
                              Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this motion has been sent to Spiro Kypreos, counsel for the defendant, 3 W. Garden Street, Suite 367, Pensacola, FL 32501, by either electronic or first class mail, on this the 28th day of February, 2008.

                              */s/ Tiffany H. Eggers*
                              TIFFANY H. EGGERS
                              Assistant United States Attorney