# *United States District Court*
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Time Commenced:   10:40am                            Case #    3:07cr114LAC

Time Concluded:   11:10am                            Date   Tuesday, February 26, 2008

---

DOCKET ENTRY: SENTENCING as to Counts 1 and 7 - 12: Custody of BOP for 41 months with counts to run concurrently one with the other; Supervised release of 3 years, with counts to run concurrently one with the other; SMA of $100.00 each count (total of $700.00) SEE FORMAL JUDGMENT. Consent Order and Judgment of Forfeiture ($1,000,000.00, joint /several with co-conspirators)also filed in open court - see separate docket entries.
Govt exhibits #S1 - #S5 (one page summaries) and #S6 (check stubs) received, but not admitted at this time. (Clerk will hold exhibits so that Govt may file a motion for admission)

---

PRESENT:    HONORABLE      LACEY A. COLLIER             , JUDGE      Mary Maloy
                                                                    Deputy Clerk
            Pam Lassiter       Paul Rayborn           Tiffany Eggers
                USPO            Court Reporter         Asst. U.S. Attorney

U.S.A. vs.   JUSTIN ERIC KING                     Spiro Kypreos
          present  X   custody X    bond   O/R_____    __Apptd  X   Retained    X present
                                                       Attorney for defendant

| | |
|---|---|
| 10:40am | Court in session |
| | Deft agrees to forfeiture judgment, joint/several with co-conspirators |
| | Govt will not seek forfeiture of parcel of real property located at 50 Garnett Road, Santa Rosa Beach, FL. |
| | Govt's motion for issuance of a preliminary order of forfeiture and consent order/judgment of forfeiture filed in open court - see separate docket entries |
| | Govt reviews Govt Exhibits #S1 - #S6 as to the number of aliens involved |
| 10:45am | Govt argues as to the number of alien workers involved |
| 10:50am | Deft responds |
| 10:55am | Govt rebuttal argument |
| 10:58am | Court questions parties re harboring alien workers |
| | Govt responds |
| 10:59am | Deft responds |
| 11:02am | Court determines the number of alien workers that the deft should be held accountable for is in excess of one hundred. |
| | Govt submits a notice of release of lis pendens (re property located at 50 Garnett Road, Santa Rosa Beach, FL) - see separate docket entry |
| 11:05am | Deft does not speak on own behalf |
| | Parties argues as to sentence |
| 11:07am | Court announces sentence |
| 11:10am | Court adjourned |

                                            INITIALS OF DEPUTY CLERK____mm____