IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
Plaintiff,

vs.                                             Case No. 3:07cr114/LAC

JUSTIN ERIC KING,
Defendant.

## CONSENT ORDER AND JUDGMENT OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from the defendant, **JUSTIN ERIC KING,** pursuant to Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6), the defendant's interests in any property, real or personal, involved in the violations set forth in Count's One and Seven through Twelve of said Indictment and/or any property traceable to such property;

AND WHEREAS, on or about December 03, 2007, the defendant, **JUSTIN ERIC KING,** was found guilty to Counts One and Seven through Twelve of the Indictment;

AND WHEREAS, by virtue of said guilty verdict, the United States is now entitled to entry of an Order and Judgment of Forfeiture against all of defendant's interest in said property, pursuant to Title 8, United States Code, Section 1324(b), and Title 18,

FILED IN OPEN COURT THIS
2/26/08
CLERK, U. S. DISTRICT
COURT, NORTH DIST. FLA.

United States Code, Section 982(a)(6), and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

**IT IS HEREBY ORDERED:**

1. That all of defendant's rights and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That property which is subject to forfeiture in this Order is as follows:

3. A forfeiture money judgment in the amount of **one million dollars ($1,000,000.00),** joint and severally with co-conspirators, **ALEKSANDER V. BERMAN, ANNA SHAULOVA CZERWIEN, and VYACHESLAVE ADOL'FOVICH FINKEL** which is not to be offset with the funds generated through the sale of 65 Paginet Way, Destin, Florida, (3:07cr106/LAC, Doc. 22), shall be included in the sentence of the defendant and the United States Department of Justice may take steps to collect the judgment from any property of the defendant, in accordance with the substitute asset provisions of Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6). However, the government agrees it will not seek forfeiture of 50 Garnett Road, Santa Rosa Beach, Florida, directly or as a substitute asset.

5. Upon the seizure of any property to satisfy all or part of the judgment, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this forfeiture as required by law;

6. That a Consent Order and Judgment of Forfeiture is hereby entered in

2

favor of the United States against defendant, **JUSTIN ERIC KING,** pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

_____
TIFFANY H. EGGERS
Assistant United States Attorney


_____
JUSTIN ERIC KING
Defendant

_____
SPIRO KYPREOS, ESQ.
Attorney for Defendant

IT IS SO ORDERED this 27th day of February, 2008.

_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

3