IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

3:07cr114LAC

v.

Case No. 3:07mj173

ANNA SHAULOVA CZERWIEN
   a/k/a "Anna Czerwein,"
   a/k/a "Anna Czerwin,"
   a/k/a "Anna Czerwin,"
   a/k/a "Anna Shaulova,"
   a/k/a "Aykhali Shaulova,"
ALEKSANDER V. BERMAN
   a/k/a "Aleksandr Berman,"
   a/k/a "Vladimir Berman,"
   a/k/a "Alex Berman,"
and
JUSTIN ERIC KING

## NOTICE OF RELEASE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the Notice of Lis Pendens recorded on or about August 21, 2007, in the Official Records of Walton County, Florida, is hereby released and cancelled regarding that certain tract or parcel of real property described in Official Records at Book #2771, Pages 448-449 of the public records of Walton County, Located at 50 Garnett Road, Santa Rosa Beach, Florida, lying and being in Walton County, Florida, and being more particularly described as follows:

> **LOT 2, GARNETT BAYOU ESTATES, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 13, PAGE 25, OF THE PUBLIC RECORDS OF WALTON COUNTY, FLORIDA**

FILED IN OPEN COURT THIS
2/26/08

CLERK, U. S. DISTRICT
COURT, NORTH DIST. FLA.

By the filing of this Release of Notice of Lis Pendens, the United States of America releases and disclaims any interest in the above-described real property arising or existing pursuant to the above-captioned criminal forfeiture action. For further information concerning this action, reference may be made to the United States Attorney's Office, Northern District of Florida, 21 East Garden Street, Suite 300, Pensacola, FL 32502-5675.

        Respectfully Submitted,

        GREGORY R. MILLER
        United States Attorney

        TIFFANY H. EGGERS
        Assistant U.S. Attorney
        Florida Bar No.0193968
        21 East Garden Street, Suite 400
        Pensacola, FL 32502-5675
        (850) 444-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing motion and memorandum have have been furnished via delivery to Spiro Kypreos , Esq., counsel for defendant this 26th day of February, 2008.

        TIFFANY H. EGGERS
        Assistant U.S. Attorney

2.