**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                        CASE NO. 3:07CR114LAC

JUSTIN ERIC KING

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   FEBRUARY 29, 2008
Motion/Pleadings:  MOTION FOR INTRODUCTION OF EXHIBITS
Filed by  GOVERNMENT          on 2/28/08          Doc.# 145

RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
  x    Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 4th day of March, 2008, that:*

*(a) The relief requested is **GRANTED**.*
*(b) _____*

                                            *s/L.A. Collier*
                                        _____
                                        ***LACEY A. COLLIER***
                                *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.