*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*  
*3:07cr114-002LAC - JUSTIN ERIC KING*                                                                 *Page 2 of 6*

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Forty One Months as to Count One and Seven through Twelve, with the terms to run concurrently, one with the other.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __4-21-08__ to __FPC mxN__

at __MAxwell AFB, AL  36112__, with a certified copy of this judgment.

__D. OKEW, WARDEN__
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2008 MAY -2  PM 3: 48

*jmd*
FILED