**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

       VS                                CASE NO.  3:07-CR-114-002/LAC

    JUSTIN ERIC KING

**FINANCIAL REFERRAL AND ORDER**

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee,__ Bond, __ Other (Specify) _____

By: _____Debra E. King_____ (Payee)
Address:   4936 Grassy Pond Rd.
               Chipley, FL 32428

Receipt Number _ 4-6591 _

Date of Receipt _ 2/13/09 _

Motion: N/A

Explanation: Debra King paid $650.00 on February 13, 2009 for Justin King's $700.00 special assessment.  The balance for Justin King's special assessment was only $625.00.  The payment resulted in a $25.00 overpayment.  Requesting authorization to refund the $25.00 overpayment to Debra King.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:   _s/Philip Detweiler_____
               Philip Detweiler, Financial Specialist          Date:  February 20, 2009

Referred by:   Mary Maloy, Deputy Clerk

**ORDER OF COURT**

It is ORDERED this 20th day of February, 2009, that the Clerk refund the identified funds to the payee.

APPROVED___ X _____

DENIED_____                    _s/L.A. Collier_____
                                        LACEY A. COLLIER
                          SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99