# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## OFFICE OF THE CLERK

**WILLIAM M. MCCOOL**
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

**SHEILA HURST-RAYBORN**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Pensacola Division

March 23, 2010

Ms. Tiffany Eggers, Assistant U.S. Attorney
21 E. Garden Street, Suite 400
Pensacola, FL 32502

Re:   United States of America v. Justin Eric King
      Case No. 3:07cr114/LAC-2

Dear Ms. Eggers:

Judgment was entered on March 5, 2008, in the above referenced case. No appeal was filed.

Therefore, in accordance with Local Rule 5.2 (Disposition of Exhibits), the Government's exhibits from the jury trial held November 26, 2007 to December 3, 2007, are returned for your disposition.

Sincerely,

WILLIAM M. MCCOOL, CLERK


By:   *s/ Jean M. Davis*
      Jean M. Davis
      Deputy Clerk

enclosures - 3 boxes containing government trial exhibits

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

Gainesville Division
401 SE 1st Avenue, STE 243
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

Pensacola Division
1 N. Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301-7717
850.521.3501
850.521.3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769.4556
850.769.7528 FAX